1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM., State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   DAVID A. MCCARTHY, State Bar No. 226415
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6
   Attorneys for Defendants
7  BROCADE COMMUNICATIONS SYSTEMS,
   INC. and ANTONIO CANOVA
8

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DERIVATIVE RELATED CASES** |

1 | The parties stipulate, and the Court hereby orders, as follows:

2 | RELATED CLASS ACTION AND DERIVATIVE CASES

3 | The following actions are related cases within the meaning of Civil Local Rule 3-12:

4 | • *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;

5 | • *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;

6 | • *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233.

7 | IT IS SO STIPULATED.

Dated: June 13, 2005                Respectfully Submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:      /s/David A. McCarthy
              David A. McCarthy

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA


Dated: June 13, 2005                LAW OFFICES OF BRIAN BARRY
                                    1801 Avenue of the Stars, Suite 307
                                    Los Angeles, CA 90067
                                    Telephone: (310) 788-0831
                                    Facsimile: (310) 788-0841


By:      /s/Brian Barry
              Brian Barry

Attorneys for Plaintiff
PRENA SMAJLAJ

| | | |
|---|---|---|
| 1 | Dated: June 13, 2005 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| 2 | | Alan R. Plutzik |
| | | Kathryn A. Schofield |
| 3 | | 2125 Oak Grove Road, Suite 120 |
| | | Walnut Creek, CA 94598 |
| 4 | | Telephone: (925) 945-0200 |
| | | Facsimile: (925) 945-8792 |

By: _____/s/Kathryn A. Schofield_____
　　　　　　Kathryn A. Schofield

Attorneys for Plaintiff
STEPHEN KNEE

Dated: June 13, 2005    BRAMSON, PLUTZIK, MAHLER &
　　　　　　　　　　　　BIRKHAEUSER, LLP
　　　　　　　　　　　　Alan R. Plutzik
　　　　　　　　　　　　Kathryn A. Schofield
　　　　　　　　　　　　2125 Oak Grove Road, Suite 120
　　　　　　　　　　　　Walnut Creek, CA 94598
　　　　　　　　　　　　Telephone: (925) 945-0200
　　　　　　　　　　　　Facsimile: (925) 945-8792


By: _____/s/Kathryn A. Schofield_____
　　　　　　Kathryn A. Schofield

Attorneys for Plaintiff
ROBERT GALLUSCIO

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of June 2005 at Palo Alto, California.

                                                  /s/David A. McCarthy
                                                    David A. McCarthy

1
2
**[PROPOSED] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3
4
5   Dated:  June 22, 2005



6                                              THE HONORABLE CHARLES R. BREYER
                                               UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042

4                          C:\NRPORTBL\PALIB1\VM3\2669814_1.DOC