NINA F. LOCKER, State Bar No. 123838
E-MAIL: nlocker@wsgr.com
STEVEN D. GUGGENHEIM., State Bar No. 201386
E-MAIL: sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 210239
E-MAIL: chashemi@wsgr.com
DAVID A. MCCARTHY, State Bar No. 226415
E-MAIL: dmccarthy@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
BROCADE COMMUNICATIONS SYSTEMS,
INC. and ANTONIO CANOVA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PRENA SMAJLAJ, Individually and On Behalf of All Other Persons Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>BROCADE COMMUNICATIONS SYSTEMS, INC., GREGORY L. REYES and ANTONIO CANOVA,<br><br>Defendants. | CIVIL ACTION NO.: 3:05-cv-2042<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING DERIVATIVE RELATED CASES** |

1    The parties stipulate, and the Court hereby orders, as follows:

2    RELATED CLASS ACTION AND DERIVATIVE CASES

3    The following actions are related cases within the meaning of Civil Local Rule 3-12:

4    • *Prena Smajlaj v. Brocade Communications Systems, Inc., et al.,* No. 3:05-cv-2042;

5    • *Robert Galluscio v. Gregory Reyes, et al.,* No. 3:05-CV-02235;

6    • *Stephen Knee v. Gregory Reyes, et al.,* No. 3:05-CV-02233;

7    • *William Pratt v. Gregory Reyes, et al.*, No. 3:05-CV-02372.

8    IT IS SO STIPULATED.

9
     Dated: June 21, 2005                    Respectfully Submitted,
10
                                             WILSON SONSINI GOODRICH & ROSATI
11                                           Professional Corporation

12

13                                           By: _____/s/David A. McCarthy_____
                                                         David A. McCarthy
14
                                             Attorneys for Defendants
15                                           BROCADE COMMUNICATIONS SYSTEMS,
                                             INC. and ANTONIO CANOVA
16

17
     Dated: June 21, 2005                    LAW OFFICES OF BRIAN BARRY
18                                           1801 Avenue of the Stars, Suite 307
                                             Los Angeles, CA 90067
19                                           Telephone: (310) 788-0831
                                             Facsimile: (310) 788-0841
20

21                                           By: _____/s/Brian Barry_____
22                                                        Brian Barry

23                                           Attorneys for Plaintiff
                                             PRENA SMAJLAJ
24

25

26

27

28

1   Dated: June 21, 2005                          BRAMSON, PLUTZIK, MAHLER &
                                                  BIRKHAEUSER, LLP
2                                                 Alan R. Plutzik
                                                  Kathryn A. Schofield
3                                                 2125 Oak Grove Road, Suite 120
                                                  Walnut Creek, CA 94598
4                                                 Telephone: (925) 945-0200
                                                  Facsimile: (925) 945-8792
5

6
                                                  By: _____/s/Kathryn A. Schofield_____
7                                                           Kathryn A. Schofield

8                                                 Attorneys for Plaintiff
                                                  STEPHEN KNEE
9

10
    Dated: June 21, 2005                          BRAMSON, PLUTZIK, MAHLER &
11                                                BIRKHAEUSER, LLP
                                                  Alan R. Plutzik
12                                                Kathryn A. Schofield
                                                  2125 Oak Grove Road, Suite 120
13                                                Walnut Creek, CA 94598
                                                  Telephone: (925) 945-0200
14                                                Facsimile: (925) 945-8792

15

16                                                By: _____/s/Kathryn A. Schofield_____
                                                          Kathryn A. Schofield
17
                                                  Attorneys for Plaintiff
18                                                ROBERT GALLUSCIO

19

20  Dated: June 21, 2005                          MARY ALEXANDER & ASSOCIATES
                                                  Mary E. Alexander
21                                                Gary W. Loftis
                                                  44 Montgomery Street, Suite 1303
22                                                San Francisco, CA 94104
                                                  Telephone: (415) 433-4440
23                                                Facsimile: (415) 433-5440

24

25                                                By: _____/s/Mary E. Alexander_____
                                                          Mary E. Alexander
26
                                                  Attorneys for Plaintiff
27                                                WILLIAM PRATT

28

STIP AND [PROPOSED] ORDER
RE: DERIVATIVE RELATED CASES
CASE NO. 3:05-CV-2042                                    2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, David A. McCarthy, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 21st day of June 2005 at Palo Alto, California.


                                                     _____/s/David A. McCarthy_____
                                                        David A. McCarthy

1

2

## [~~PROPOSED~~] ORDER

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

3

4

5   Dated:   June 22, 2005



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28