1  Alan R. Plutzik (State Bar No. 077785)
   Kathryn A. Schofield (State Bar No. 202939)
2  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   2125 Oak Grove Road, Suite 120
3  Walnut Creek, California 94598
   Telephone: (925) 945-0200
4  Facsimile:  (925) 945-8792

5  Nadeem Faruqi
   FARUQI & FARUQI, LLP
6  320 East 39th Street
   New York, NY 10016
7  Telephone: 212/983-9330
   Facsimile: 212/983-9331
8
   Attorneys for Plaintiffs Knee and Galluscio

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN KNEE, Derivatively On Behalf of BROCADE COMMUNICATION SYSTEMS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, et al.<br><br>Defendants,<br><br>and BROCADE COMMUNICATION SYSTEMS, INC.,<br><br>Nominal Defendant. | Civil Case No.: C05-02233 CRB<br><br>DERIVATIVE ACTION<br><br>**STIPULATION AND [PROPOSED] RESCHEDULE** |

| | | |
|---|---|---|
| 1 | ROBERT GALLUSCIO, Derivatively On Behalf of BROCADE COMMUNICATION SYSTEMS, INC., | Civil Action No.: C05-02235 CRB |
| 2 | | |
| 3 | Plaintiff, | |
| 4 | vs. | |
| 5 | GREGORY L. REYES, et al. | |
| 6 | Defendants, | |
| 7 | and BROCADE COMMUNICATION SYSTEMS, INC., | |
| 8 | | |
| 9 | Nominal Defendant. | |
| 10 | WILLIAM PRATT, Derivatively On Behalf of BROCADE COMMUNICATION SYSTEMS, INC., | Civil Action No.: C05-02372 CRB |
| 11 | | |
| 12 | Plaintiff, | |
| 13 | vs. | |
| 14 | GREGORY L. REYES, et al. | |
| 15 | Defendants, | |
| 16 | and BROCADE COMMUNICATION SYSTEMS, INC., | |
| 17 | | |
| 18 | Nominal Defendant. | |
| 19 | ANJANI K. JHA, Derivatively On Behalf of BROCADE COMMUNICATION SYSTEMS, INC., | Civil Action No.: C05-02652 CRB |
| 20 | | |
| 21 | Plaintiff, | |
| 22 | vs. | |
| 23 | GREGORY L. REYES, et al. | |
| 24 | Defendants, | |
| 25 | and BROCADE COMMUNICATION SYSTEMS, INC., | |
| 26 | Nominal Defendant. | |
| 27 | | |
| 28 | STIPULATION AND [PROPOSED] RESCHEDULE CASE NO. C05-02233 CRB 45240 | - 1 - |

## STIPULATION

WHEREAS this Court has ordered the following shareholder derivative cases be related:

| Case Name | Case No. | Date Action Filed |
|---|---|---|
| *Knee v. Reyes, et al.* | C05-02233 CRB | June 1, 2005 |
| *Galluscio v. Reyes, et al.* | C05-02235 CRB | June 2, 2005 |
| *Pratt v. Reyes, et al.* | C05-02372 CRB | June 10, 2005 |
| *Jha v. Reyes, et al.* | C05-2652 CRB | June 28, 2005 |

WHEREAS, on August 19, 2005 the Court entered a stipulated Order consolidated these actions;

WHEREAS, the parties believe the consolidated actions should be governed by one uniform schedule;

WHEREAS, the parties desire additional time to consider potential ADR options and early settlement;

IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel that, subject to the approval of this Court:

1. No later than October 28, 2005 the parties shall meet and confer to discuss options for ADR and file either a joint ADR certification with stipulation to an ADR process or a notice of need for an ADR telephone conference.

2. No later than October 28, 2005 the parties shall meet and confer regarding initial disclosures, early settlement, ADR process selection and discovery plan.

IT IS HEREBY STIPULATED AND AGREED TO:

Dated: September 12, 2005            FARUQI & FARUQI, LLOP


                                     /s/Nadeem Faruqi
                                     Nadeem Faruqi
                                     Attorneys for Plaintiffs Knee and Galluscio

STIPULATION AND [PROPOSED] RESCHEDULE
CASE NO. C05-02233 CRB

| | | |
|---|---|---|
| 1 | Dated: September 12, 2005 | FEDERMAN & SHERWOOD |
| 2 | | |
| 3 | | /s/Todd Ver Weire |
| 4 | | Todd Ver Weire<br>Attorneys for Plaintiffs Pratt and Jha |
| 5 | Dated: September 12, 2005 | BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP |
| | | |
| 8 | | /s/Alan Plutzik |
| 9 | | Alan Plutzik<br>Attorneys for Plaintiffs Knee and Galluscio |
| 10 | Dated: September 12, 2005 | MARY ALEXANDER & ASSOCIATES |
| | | |
| 12 | | /s/Mary Alexander |
| 13 | | Mary Alexander<br>Attorney for Plaintiffs Pratt and Jha |
| 14 | Dated: September 12, 2005 | PROSKAUER ROSE LLP |
| | | |
| 16 | | /s/Robert Horn |
| 17 | | Robert Horn<br>Attorneys for Defendant Gregory L. Reyes |
| 18 | | |
| 19 | Dated: September 12, 2005 | WILSON SONSINI GOODRICH & ROSATI, P.C. |
| | | |
| 21 | | /s/David McCarthy |
| 22 | | David McCarthy<br>Attorneys for all other Defendants |

STIPULATION AND [PROPOSED] RESCHEDULE
CASE NO. C05-02233 CRB
45240

- 3 -

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Alan Plutzik, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12 day of September 2005 at Walnut Creek, California.

/s/Alan Plutzik
Alan Plutzik

STIPULATION AND [PROPOSED] RESCHEDULE
CASE NO. C05-02233 CRB
45240

- 4 -

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED.

This  14  day of September, 2005.

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*APPROVED — Judge Charles R. Breyer*