IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION, | Case No. 05-2233 |
| | **ORDER** |
| This Document Relates to: ALL ACTIONS | |

    Plaintiffs Ex Parte Application for an order extending the time to file their Consolidated Amended Complaint is DENIED. Plaintiffs shall file the amended complaint by October 7, 2005.

**IT IS SO ORDERED.**

Dated: October 3, 2005

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2233\orderreexparte1.wpd