NINA F. LOCKER, State Bar No. 123838
nlocker@wsgr.com
STEVEN D. GUGGENHEIM, State Bar No. 201386
sguggenheim@wsgr.com
CAZ HASHEMI, State Bar No. 210239
chashemi@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:   (650) 565-5100

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates to:<br><br>    ALL ACTIONS | Lead Civil Action No. C05-02233 CRB<br><br>STIPULATION AND [~~PROPOSED~~] ORDER<br><br>Date:   December 2, 2005<br>Time:   10:00 a.m.<br>Before: Hon. Charles R. Breyer |

1  WHEREAS, the parties are currently discussing whether ADR is appropriate at this stage
2  of the litigation;
3  WHEREAS, the parties desire additional time for these discussions;
4  IT IS HEREBY STIPULATED AND AGREED by and between undersigned counsel
5  that, subject to the approval of this Court:
6  The deadline for serving and filing ADR certifications and filing either a joint ADR
7  certification with stipulation to an ADR process or a notice of need for an ADR telephone
8  conference shall be extended to November 7, 2005.

9  Dated: October 28, 2005   WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation

                              By:   /s/ David A. McCarthy
                                    David A. McCarthy

                              Attorneys for Nominal Defendant
                              Brocade Communications Systems, Inc.

15 Dated: October 28, 2005   PROSKAUER ROSE LLP

                              By:   /s/ Jack DiCanio
                                    Jack DiCanio

                              Attorneys for Defendant
                              Gregory L. Reyes

20 Dated: October 28, 2005   FEDERMAN & SHERWOOD

                              By:   /s/ William B. Federman
                                    William B. Federman

                              Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER       -1-                                2754361_1.DOC
CASE NO. C05-02233 CRB

1  **ATTESTATION PURSUANT TO GENERAL ORDER 45**

2  I, David A. McCarthy, attest that concurrence in the filing of this document has been

3  obtained from each of the other signatories.  I declare under penalty of perjury under the laws of

4  the United States of America that the foregoing is true and correct.  Executed this 28 day of

5  October 2005 at Palo Alto, California.

6

7                                                                     /s/ David A. McCarthy
                                                                         David A. McCarthy
8

1  **[PROPOSED] ORDER**

2  IT IS SO ORDERED.

3  This <u>31st</u> day of October, 2005.



THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE