1  FARUQI & FARUQI, LLP
   Nadeem Faruqi
2  320 East 39th Street
   New York, NY 10016
3  Telephone: (212) 983-9330
   Facsimile:  (212) 983-9331
4
   FEDERMAN & SHERWOOD
5  William B. Federman
   120 N. Robinson, Suite 2720
6  Oklahoma City, OK 73102
   Telephone:  (405) 235-1560
7  Facsimile:  (405) 239-2112

8  Co-Lead Counsel for Plaintiffs

9  BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
   Alan R. Plutzik (Bar No. 077785)
10 Kathryn A. Schofield (Bar No. 202939)
   2125 Oak Grove Road, Suite 120
11 Walnut Creek, California 94598
   Telephone: (925) 945-0200
12 Facsimile:  (925) 945-8792

13 MARY ALEXANDER & ASSOCIATES
   Mary Alexander
14 44 Montgomery Street, Suite 1303
   San Francisco, CA 94104
15 Telephone: (415) 433-4440
   Facsimile: (415) 433-5440
16
   Co-Liaison Counsel for Plaintiffs
17

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION | Case No. C05-02233 CRB |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR CERTIFICATION** |

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR
DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR
CERTIFICATION
CASE NO. C05-02233 CRB
45942

1  WHEREAS, Defendants have noticed their Motion to Dismiss for a hearing on December 2, 2005; and

3  WHEREAS, Plaintiffs' counsel is unavailable for this hearing due to previously scheduled events in other matters; and

WHEREAS, the parties have agreed to continue the hearing to January 6, 2006, when counsel for all parties are available; and

WHEREAS, the parties have agreed to extend the time for briefing concerning the pending Motion to Dismiss; and

WHEREAS, the parties require additional time to discuss the possibility of which method of ADR is suitable for this case;

IT IS THEREFORE HEREBY STIPULATED AND AGREED by and between undersigned counsel that, subject to the approval of this Court:

1. Plaintiffs will have until November 29, 2005 to file a response to Defendants' pending Motion to Dismiss.

2. The Defendants will have until December 16, 2005 to file a reply brief.

3. The hearing currently scheduled for December 2, 2005 is continued to January 6, 2006 at 10 o'clock a.m.

4. The certification for the ADR process is hereby continued to January 20, 2006.

IT IS THEREFORE STIPULATED AND AGREED TO by all parties hereto.

FARUQI & FARUQI, LLP

_____/s/_____
Nadeem Faruqi
320 East 39th Street
New York, NY 10016
Telephone: (212) 983-9330
Facsimile: (212) 983-9331

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR CERTIFICATION
CASE NO. C05-02233 CRB
45942

1

FEDERMAN & SHERWOOD

/s/
William B. Federman

120 N. Robinson, Suite 2720
Oklahoma City, OK 73102
(405) 235-1560/Fax: (405) 239-2112

Co-Lead Counsel for Plaintiffs

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

Kathryn A. Schofield (Bar No. 202939)
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Facsimile: (925) 945-8792

MARY ALEXANDER & ASSOCIATES

/s/
Mary E. Alexander (SBN:104173)
Gary W. Loftis (SBN:235816)
44 Montgomery Street Suite 1303
San Francisco CA 94104
(415) 433-4440/Fax: (415) 433-5440

Co-Liason Counsel for Plaintiffs

WILSON, SONSINI, GOODRICH & ROSATI

/s/
Cameron Hoffman
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300/Fax: (650) 565-5100

Counsel for Defendants Antonio Canova, Nicholas G. Moore, David L. House, Seth D. Neiman, Christopher B. Paisley, Neal Dempsey, Sanjay Vaswani and Nominal Defendant Brocade Communication Systems, Inc.

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR CERTIFICATION
CASE NO. C05-02233 CRB
45942

2

PROSKAUER ROSE, LLP

/s/
Jack DiCanio
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
(310) 284-5646/Fax: (310) 557-2193

Counsel for Defendant Gregory L. Reyes

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Kathryn A. Schofield, attest the concurrence and the filing of this document has been obtained from each of the other signators; I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed this 4th day of November, 2005, at Walnut Creek, California.

Kathryn A. Schofield

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR CERTIFICATION
CASE NO. C05-02233 CRB
45942

3

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

IT IS SO ORDERED this <u>11th</u> day of November, 2005.

_____
THE HONORABLE CHARLES R. BREYER,
U.S.D.J.

*APPROVED — Judge Charles R. Breyer* (United States District Court, Northern District of California seal)

STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUING HEARING SCHEDULED FOR DECEMBER 2, 2005, ESTABLISHING BRIEFING SCHEDULE AND POSTPONEMENT OF ADR CERTIFICATION
CASE NO. C05-02233 CRB
45942

4