NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: choffman@wsgr.com

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS
SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO.:  C05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR DEFENDANTS' INTENDED MOTION FOR A PROTECTIVE ORDER** |

Stip. and [Proposed] Order re Hearing Date
& Briefing for Mot. for Protective Order;
c-05-02233 CRB

2759691_1.DOC

1    WHEREAS, pursuant to the Court's September 15, 2005 Order regarding scheduling, the parties participated in a meet and confer regarding initial disclosures and a discovery plan on October 27, 2005;

WHEREAS, at that meet and confer, defendants objected to any discovery, including initial disclosures, on the grounds that such discovery is premature until the Court rules on defendants' pending motion to dismiss the complaint for failure to make pre-suit demand, a position plaintiffs disagree with;

WHEREAS, defendants expressed their intent to seek a protective order regarding any discovery, including initial disclosures, prior to the Court's ruling on the pending motion;

WHEREAS, the parties have met and conferred regarding a briefing schedule for defendants' motion for a protective order, with intention of correlating the hearing date on defendants' motion for a protective order with the hearing on defendants' motion to dismiss;

WHEREAS, the parties have agreed to re-convene the initial meet and confer regarding a discovery plan should this case progress past the motion to dismiss;

WHEREAS, the parties have agreed that this meet and confer will re-convene after the briefing on the motion for a protective order is complete, but no later than January 6, 2006;

WHEREAS, the parties plan to submit a written report to the Court regarding a discovery plan should this case progress past the motion to dismiss, pursuant to the requirements of Federal Rule of Civil Procedure 26(f);

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court:

1.   The briefing schedule and hearing date for defendants' motion for a protective order will be:

| | |
|---|---|
| Defendants' Motion(s) Due | November 18, 2005 |
| Plaintiff's Opposition Due | December 2, 2005 |
| Defendants' Reply(s) Due | December 16, 2005 |
| Hearing | January 6, 2006, at 10:00 a.m. |

2. The parties will re-convene their meet and confer regarding a discovery plan should this case progress past the motion to dismiss, after the briefing on the motion for a protective order has been completed, but no later than January 6, 2006.

Dated: November 10, 2005          PROSKAUER ROSE LLP

                                  ____/s/Jack DiCanio_____
                                        Jack DiCanio
                                  Attorneys for Defendant Gregory L. Reyes

Dated: November 10, 2005          WILSON SONSINI GOODRICH & ROSATI, P.C.

                                  ____/s/Cameron P. Hoffman_____
                                        Cameron P. Hoffman
                                  Attorneys for all other Defendants

Dated: November 10, 2005          FEDERMAN & SHERWOOD

                                  ____/s/ William B. Federman_____
                                        William B. Federman
                                  Attorneys for Plaintiffs

# [~~PROPOSED~~] ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court:

1. The briefing schedule and hearing date for defendants' motion for a protective order shall be:

| | |
|---|---|
| Defendants' Motion(s) Due | November 18, 2005 |
| Plaintiff's Opposition Due | December 2, 2005 |
| Defendants' Reply(s) Due | December 16, 2005 |
| Hearing | January 6, 2006, at 10:00 a.m. |

2. The parties shall re-convene their meet and confer regarding a discovery plan should this case progress past the motion to dismiss, after the briefing on the motion for a protective order has been completed, but no later than January 6, 2006.

IT IS SO ORDERED.

Dated: __November 15, 2005__



THE HONORABLE CHARLES R. BREYER
United States District Judge