<u>**CIVIL MINUTES**</u>

**Judge CHARLES R. BREYER**

Date: <u>**January 6, 2006**</u>

<u>**C-05-02233CRB**</u>

<u>**In re: BROCADE COMMUNICATIONS SYSTEMS**</u>

Attorneys:        <u>Alan Plutzik, Mary Alexander</u>          <u>Steven Guggenheim</u>

                <u>Wm Federman, Shane Rowley</u>          <u>Ronda McKaig</u>

Deputy Clerk: <u>**BARBARA ESPINOZA**</u>          Reporter: <u>**Sahar McVickar**</u>

<u>**PROCEEDINGS:**</u>                                         <u>**RULING:**</u>

1. <u>D's Motion to Dismiss</u>                              <u>Grtd w/leave to Amend</u>

2. <u>D's Motion for Protective Order Staying Discovery</u>          <u>Granted</u>

3. <u>                                        </u>          <u>          </u>

<u>**ORDERED AFTER HEARING:**</u>

<u>The Court grants motion to dismiss with leave to amend.  Amended complaint filed within 60 days.</u>

( ) ORDER TO BE PREPARED BY:    Plntf _____    Deft _____    Court _____

( ) Referred to Magistrate Judge For: _____
        (  )By Court          (  )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off _____    Expert Discovery Cut-Off _____

Plntf to Name Experts by _____    Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for _____ days
                Type of Trial:  (  )Jury    (  )Court

Notes: _____

_____

_____