1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   WILSON SONSINI GOODRICH & ROSATI
3  Professional Corporation
   650 Page Mill Road
4  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
5  Facsimile: (650) 565-5100
   Email: chashemi@wsgr.com
6
   Attorneys for Nominal Defendant
7  BROCADE COMMUNICATIONS
   SYSTEMS, INC. and Defendants
8  ANTONIO CANOVA, NEAL DEMPSEY,
   DAVID L. HOUSE, MICHAEL KLAYKO, L.
9  WILLIAM KRAUSE, NICHOLAS G. MOORE,
   SETH D. NEIMAN, CHRISTOPHER PAISLEY,
10 SANJAY VASWANI, and ROBERT WALKER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>ALL ACTIONS | CASE NO.: C05-02233 CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY**<br><br>Date:   January 6, 2006<br>Time:   10:00 a.m.<br>Before: Hon. Charles R. Breyer |

[PROPOSED] ORDER GRANTING DEFENDANTS'
MOT. FOR PROTECTIVE ORDER [C-05-2233 CRB]

2768521_1.DOC

1  **[PROPOSED] ORDER**

2  Nominal Defendant Brocade Communications Systems, Inc. and defendants Antonio
3  Canova, Neal Dempsey, David L. House, Michael Klayko, L. William Krause, Nicholas G.
4  Moore, Seth D. Neiman, Christopher Paisley, Sanjay Vaswani, and Robert Walker (collectively
5  "Defendants") have moved this Court, pursuant to Rule 26(c) of the Federal Rules of Civil
6  Procedure, for a protective order staying discovery,.

7  The Court, having considered the briefs and other documents in support of and in
8  opposition to the motion, having heard the arguments of counsel, and being fully advised in this
9  matter finds as follows:

10  IT IS HEREBY ORDERED that Defendants' Motion for Protective Order Staying
11  Discovery is GRANTED.  All discovery and initial disclosures are stayed.

12  IT IS SO ORDERED.

14  Dated:   January 06, 2006          By:_____
15                                     The Honorable
                                       United States



[PROPOSED] ORDER GRANTING DEFENDANTS'
MOT. FOR PROTECTIVE ORDER [C-05-2233 CRB]

2768521_1.DOC