| | |
|---|---|
| 1 | NINA F. LOCKER, State Bar No. 123838 |
| | STEVEN D. GUGGENHEIM, State Bar No. 201386 |
| 2 | CAZ HASHEMI, State Bar No. 210239 |
| | CAMERON P. HOFFMAN, State Bar No. 229316 |
| 3 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 4 | 650 Page Mill Road |
| | Palo Alto, CA 94304-1050 |
| 5 | Telephone: (650) 493-9300 |
| | Facsimile: (650) 565-5100 |
| 6 | Email: choffman@wsgr.com |
| 7 | Attorneys for Defendants |
| | MICHAEL KLAYKO, SETH NEIMAN, |
| 8 | NEAL DEMPSEY, CHRISTOPHER PAISLEY, |
| | DAVID HOUSE, NICHOLAS MOORE, L. |
| 9 | WILLIAM KRAUSE, SANJAY VASWANI, |
| | ROBERT WALKER AND BROCADE |
| 10 | COMMUNICATIONS SYSTEMS, INC. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION. | ) ) ) | CASE NO.:  C05-02233 CRB |
| | ) ) | **STIPULATION AND [PROPOSED] ORDER REGARDING ADR** |
| This Document Relates to: | ) ) | **CERTIFICATION DEADLINES** |
| ALL ACTIONS | ) ) ) ) ) ) ) ) | |

STIP. AND [PROPOSED] ORDER RE ADR
CERTIFICATION DEADLINES;
C-05-02233 CRB

2804983_1.DOC

1  WHEREAS, by Order entered on November 14, 2005 upon stipulation of the parties, the
2  Court continued the ADR certification deadlines in this action to January 20, 2006;
3  WHEREAS, on January 6, 2006, the Court granted defendants' motion to dismiss the
4  Consolidated Amended Complaint with leave to amend within 60 days;
5  WHEREAS, the parties believe that compliance with the ADR Certification requirements
6  prior to the filing of any amended complaint would be premature;
7  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
8  subject to approval of the Court, that the ADR Certification deadlines should be continued until
9  after the filing of any amended complaint.

Dated:  January 20, 2006                        SKADDEN, ARPS, SLATE, MEAGHER
                                                & FLOM LLP

                                                _____/s/_____Jack DiCanio_____
                                                          Jack DiCanio
                                                Attorneys for Defendant Gregory L. Reyes


Dated:  January 20, 2006                        WILSON SONSINI GOODRICH & ROSATI, P.C.


                                                _____/s/  Cameron P. Hoffman_____
                                                          Cameron P. Hoffman
                                                       Attorneys for Defendants
                                                Michael Klayko, Seth Neiman, Neal Dempsey,
                                                Christopher Paisley, David House, Nicholas Moore, L.
                                                William Krause, Sanjay Vaswani, Robert Walker and
                                                       Brocade Communications Systems, Inc.


Dated: January 20, 2006                         FARUQI &FARUQI, LLP


                                                _____/s/    Adam Gonnelli_____
                                                          Adam Gonnelli
                                                       Attorneys for Plaintiffs

1    [PROPOSED] ORDER

2    Upon stipulation of the parties, and good cause appearing, the ADR Certification
3    deadlines are continued until such time as they are re-imposed by the Court following the filing
4    of any amended complaint.

5

6    IT IS SO ORDERED.

7

8    Dated: January 23, 2006



THE HONORABLE CHARLES R. BREYER
United States District Judge

STIP. AND [PROPOSED] ORDER RE ADR CERTIFICATION DEADLINES;
C-05-02233 CRB

-2-

2804983_1.DOC