1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   CAMERON P. HOFFMAN, State Bar No. 229316
3  MARK T. OAKES, State Bar No. 234598
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   Email: moakes@wsgr.com
7
   Attorneys for Defendants
8  MICHAEL KLAYKO, SETH NEIMAN,
   NEAL DEMPSEY, CHRISTOPHER PAISLEY,
9  DAVID HOUSE, NICHOLAS MOORE, L.
   WILLIAM KRAUSE, SANJAY VASWANI,
10 ROBERT WALKER AND BROCADE
   COMMUNICATIONS SYSTEMS, INC.
11

12               UNITED STATES DISTRICT COURT

13            FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                   SAN FRANCISCO DIVISION

15

16 IN RE BROCADE COMMUNICATIONS          )   CASE NO.: C05-02233 CRB
   SYSTEMS, INC. DERIVATIVE LITIGATION.  )
17                                       )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER REGARDING AMENDED**
18 This Document Relates to:             )   **COMPLAINT DEADLINE**
                                         )
19       ALL ACTIONS                     )
                                         )
20                                       )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23 _____)

24

25

26

27

28

STIP. AND [PROPOSED] ORDER RE AMENDED                              2830620_1.DOC
COMPLAINT DEADLINE;
C-05-02233 CRB

1  WHEREAS, on January 6, 2006, the Court granted defendants' motion to dismiss the
2  Consolidated Amended Complaint with leave to amend within 60 days;
3  WHEREAS, plaintiffs have requested additional time to file an amended complaint, and
4  nominal defendant Brocade Communications Systems, Inc. and individual defendants Michael
5  Klayko, Seth Neiman, Neal Dempsey, Christopher Paisley, David House, Nicholas Moore, L.
6  William Krause, Sanjay Vaswani, and Robert Walker do not object;
7  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
8  subject to approval of the Court, that the deadline to file an amended complaint should be
9  continued until March 28, 2006.

Dated:  March 6, 2006                    WILSON SONSINI GOODRICH & ROSATI
                                         Professional Corporation


                                         By: /s/ Mark T. Oakes
                                              Mark T. Oakes

                                         Attorneys for Defendants
                                         Michael Klayko, Seth Neiman, Neal Dempsey,
                                         Christopher Paisley, David House, Nicholas
                                         Moore, L. William Krause, Sanjay Vaswani,
                                         Robert Walker and Brocade Communications
                                         Systems, Inc.


Dated: March 6, 2006                     FARUQI & FARUQI, LLP


                                         By: /s/ Adam Gonnelli
                                              Adam Gonnelli

                                         Attorneys for Plaintiffs

1  **[PROPOSED] ORDER**

2  Upon stipulation of the parties, and good cause appearing, the deadline to file an
3  amended complaint is continued until March 28, 2006.

4

5  IT IS SO ORDERED.

6

7  Dated: _March 7, 2006_____



_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

1  I, Mark T. Oakes, am the ECF User whose identification and password are being used to
2  file this **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED**
3  **COMPLAINT DEADLINE**.  In compliance with General Order 45.X.B, I hereby attest that
4  Adam Gonnelli has concurred in this filing.

6  Dated:  March 6, 2006              WILSON SONSINI GOODRICH & ROSATI, P.C.

8                                                   /s/ Mark T. Oakes
                                                    Mark T. Oakes

STIP. AND [PROPOSED] ORDER RE AMENDED                 -3-                                       2830620_1.DOC
COMPLAINT DEADLINE;
C-05-02233 CRB