1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
   CAMERON P. HOFFMAN, State Bar No. 229316
3  MARK T. OAKES, State Bar No. 234598
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
   Email: moakes@wsgr.com
7
   Attorneys for Defendants
8  MICHAEL KLAYKO, SETH NEIMAN,
   NEAL DEMPSEY, CHRISTOPHER PAISLEY,
9  DAVID HOUSE, NICHOLAS MOORE, L.
   WILLIAM KRAUSE, SANJAY VASWANI,
10 ROBERT WALKER AND BROCADE
   COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>    ALL ACTIONS | CASE NO.:  C05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT DEADLINE** |

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of Brocade Communications Systems, Inc. ("Brocade") against certain officers and directors of Brocade;

WHEREAS, on January 6, 2006, the Court granted defendants' motion to dismiss the Consolidated Amended Complaint with leave to amend within sixty days;

WHEREAS, the deadline to file an amended complaint was extended by stipulation and order to March 28, 2006;

WHEREAS, settlement discussions are ongoing and the parties hereto believe that it would conserve judicial resources to extend the deadline to file an amended complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the deadline to file an amended complaint should be continued until April 28, 2006.

Dated: March 24, 2006                WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/ Mark T. Oakes
                                         Mark T. Oakes

                                     Attorneys for Defendants
                                     Michael Klayko, Seth Neiman, Neal Dempsey,
                                     Christopher Paisley, David House, Nicholas
                                     Moore, L. William Krause, Sanjay Vaswani,
                                     Robert Walker and Brocade Communications
                                     Systems, Inc.


Dated: March 24, 2006                FARUQI & FARUQI, LLP


                                     By: /s/ Nadeem Faruqi
                                         Nadeem Faruqi

                                     Attorneys for Plaintiffs

**[PROPOSED] ORDER**

Upon stipulation of the parties, and good cause appearing, the deadline to file an amended complaint is continued until April 28, 2006.

IT IS SO ORDERED.

Dated: __March 26, 2006_____  _____
                                                                    R. BREYER

