1  NINA F. LOCKER, State Bar No. 123838
    STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAZ HASHEMI, State Bar No. 210239
    CAMERON P. HOFFMAN, State Bar No. 229316
3  MARK T. OAKES, State Bar No. 234598
    WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
    650 Page Mill Road
5  Palo Alto, CA 94304-1050
    Telephone: (650) 493-9300
6  Facsimile: (650) 565-5100
    Email: choffman@wsgr.com
7
    Attorneys for Defendants
8  MICHAEL KLAYKO, SETH NEIMAN,
    NEAL DEMPSEY, CHRISTOPHER PAISLEY,
9  DAVID HOUSE, NICHOLAS MOORE, L.
    WILLIAM KRAUSE, SANJAY VASWANI,
10 ROBERT WALKER AND BROCADE
    COMMUNICATIONS SYSTEMS, INC.
11
12                UNITED STATES DISTRICT COURT
13            FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                      SAN FRANCISCO DIVISION
15

16 | IN RE BROCADE COMMUNICATIONS        ) | CASE NO.: C05-02233 CRB
   | SYSTEMS, INC. DERIVATIVE LITIGATION. ) |
17 |                                      ) | **STIPULATION AND [PROPOSED]**
   |                                      ) | **ORDER REGARDING AMENDED**
18 | This Document Relates to:            ) | **COMPLAINT DEADLINE**
   |                                      ) |
19 |     ALL ACTIONS                      ) |
   |                                      ) |
20 |                                      ) |
   |                                      ) |
21 |                                      ) |
   |                                      ) |
22 |                                      ) |
   |_____) |

23
24
25
26
27
28

STIP. AND [PROPOSED] ORDER RE AMENDED                                    2869038_1.DOC
COMPLAINT DEADLINE;
C-05-02233 CRB

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of Brocade Communications Systems, Inc. ("Brocade") against certain officers and directors of Brocade;

WHEREAS, on January 6, 2006, the Court granted defendants' motion to dismiss the Consolidated Amended Complaint with leave to amend within sixty days;

WHEREAS, the deadline to file an amended complaint was extended by stipulation and order to March 28, 2006;

WHEREAS, the deadline to file an amended complaint was extended by stipulation and order to April 28, 2006;

WHEREAS, settlement discussions continue to be ongoing and the parties hereto believe that it would conserve judicial resources to extend the deadline to file an amended complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the deadline to file an amended complaint should be continued until May 12, 2006.

Dated: April 28, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  /s/ Cameron P. Hoffman
       Cameron P. Hoffman

Attorneys for Defendants
Michael Klayko, Seth Neiman, Neal Dempsey, Christopher Paisley, David House, Nicholas Moore, L. William Krause, Sanjay Vaswani, Robert Walker and Brocade Communications Systems, Inc.

Dated: April 28, 2006

FARUQI & FARUQI, LLP


By:   /s/ Adam Gonnelli
         Adam Gonnelli

Attorneys for Plaintiffs

1 **[PROPOSED] ORDER**

2 Upon stipulation of the parties, and good cause appearing, the deadline to file an
3 amended complaint is continued until May 12, 2006.

4

5 IT IS SO ORDERED.

6

7 Dated: __May 01, 2006_____   _____

8 THE HONORABLE CHARLES R. BREYER
United States District Judge



STIP. AND [PROPOSED] ORDER RE AMENDED   -2-   2869038_1.DOC
COMPLAINT DEADLINE;
C-05-02233 CRB

I, Cameron P. Hoffman, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING AMENDED COMPLAINT DEADLINE**.  In compliance with General Order 45.X.B, I hereby attest that Adam Gonnelli has concurred in this filing.

Dated:  April 28, 2006                              WILSON SONSINI GOODRICH & ROSATI, P.C.


                                                     /s/ Cameron P. Hoffman_____
                                                    Cameron P. Hoffman