1  NORMAN J. BLEARS (Bar No. 95600)
2  ALEXANDER M. R. LYON (Bar No. 211274)
   MATTHEW C. HOLOHAN (Bar No. 239040)
3  HELLER EHRMAN LLP
   275 Middlefield Road
4  Menlo Park, CA  94025-3506
5  Telephone: +1.650.324.7000
   Facsimile: +1.650.324.0638
6  Norman.Blears@hellerehrman.com
   Alexander.Lyon@hellerehrman.com
7  Matthew.Holohan@hellerehrman.com
8
   Attorneys for Defendant
9  ANTONIO CANOVA

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14 | IN RE BROCADE COMMUNICATIONS    | Case No.: C05-02233 CRB
   | SYSTEMS, INC., DERIVATIVE       |
15 | LITIGATION,                     | **DEFENDANT ANTONIO
                                       CANOVA'S NOTICE OF
16                                     SUBSTITUTION OF COUNSEL**
17
18 | This Document Relates To:
19 |    ALL ACTIONS.
20
21
22

CANOVA SUBSTITUTION OF COUNSEL: C05-02233 CRB

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant Antonio Canova has substituted Norman J. Blears, Alexander M. R. Lyon, and Matthew C. Holohan of Heller Ehrman LLP, 275 Middlefield Road, Menlo Park, CA 94025, (650) 324-7000, for previous counsel Nina F. Locker, Caz Hashemi, Steven D. Guggenheim, Cameron Hoffman, and David McCarthy of Wilson Sonsini Goodrich & Rosati.

DATED: May 10, 2006                HELLER EHRMAN LLP


                                   By /s/ Alexander Lyon
                                        ALEXANDER M. R. LYON

**DEFENDANT'S CONSENT TO SUBSTITUTION**

DATED: May 10, 2006                /s/ Antonio Canova
                                        Antonio Canova


**PRIOR COUNSEL'S CONSENT TO SUBSTITUTION**

DATED: May 10, 2006                WILSON SONSINI GOODRICH & ROSATI


                                   By /s/ Caz Hashemi
                                        CAZ HASHEMI


I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

DATED: May 10, 2006                HELLER EHRMAN LLP


                                   By /s/ Alexander Lyon
                                        ALEXANDER M. R. LYON


                                   May 13, 2006

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]