NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
MICHAEL KLAYKO, SETH NEIMAN,
NEAL DEMPSEY, CHRISTOPHER PAISLEY,
DAVID HOUSE, NICHOLAS MOORE, L.
WILLIAM KRAUSE, SANJAY VASWANI,
ROBERT WALKER AND BROCADE
COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>    ALL ACTIONS | CASE NO.:  C05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY SETTLEMENT HEARING** |

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of Brocade Communications Systems, Inc. ("Brocade") against certain officers and directors of Brocade;

WHEREAS, a settlement has been reached and a preliminary settlement hearing is currently scheduled for July 21, 2006 at 10:00 a.m.;

WHEREAS, Andrew Roth, who is a plaintiff in an action entitled *Roth, derivatively on behalf of Brocade Communications Systems, Inc. v. Reyes, et al*, Case No. C-06-2786 CRB, has written a letter to the Court regarding a potential objection to the proposed settlement;

WHEREAS, the parties believe they may be able to resolve the potential objection to the proposed settlement without the Court's intervention, but will not be able to do so by July 21, 2006;

WHEREAS, the parties hereto have agreed, subject to the Court's approval, to continue the preliminary settlement hearing until August 4, 2006 at 10:00 a.m., or such other date and time that the Court deems appropriate;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, subject to approval of the Court, that the preliminary settlement hearing shall be continued until August 4, 2006 at 10:00 a.m., or such other date and time that the Court deems appropriate.

Dated: July 19, 2006

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:   /s/ Mark T. Oakes
      Mark T. Oakes

Attorneys for Defendants
Michael Klayko, Seth Neiman, Neal Dempsey, Christopher Paisley, David House, Nicholas Moore, L. William Krause, Sanjay Vaswani, Robert Walker and Brocade Communications Systems, Inc.

1   Dated: July 19, 2006                                    FARUQI & FARUQI, LLP

3                                                           By: __/s/ Mark T. Oakes_____
                                                                    Adam Gonnelli

                                                            Attorneys for Plaintiffs

7                                      *       *       *       *       *

9                                          **[PROPOSED] ORDER**

10       Upon stipulation of the parties, and good cause appearing, the preliminary settlement

11  hearing is continued until August 4, 2006 at 10:00 a.m.

13       IT IS SO ORDERED.

15       Dated: _July 20, 2006_____        _____
                                                 THE HONORABLE CHARLES R. BREYER
                                                 United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

STIP. AND [PROPOSED] ORDER CONTINUING            -2-                          2919029_1.DOC
PRELIMINARY SETTLEMENT HEARING
C-05-02233 CRB