NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
MICHAEL KLAYKO, SETH NEIMAN,
NEAL DEMPSEY, CHRISTOPHER PAISLEY,
DAVID HOUSE, NICHOLAS MOORE, L.
WILLIAM KRAUSE, SANJAY VASWANI,
ROBERT WALKER AND BROCADE
COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>    ALL ACTIONS | CASE NO.:  C05-02233 CRB<br><br>**STIPULATION AND [**~~PROPOSED~~**] ORDER CONTINUING PRELIMINARY SETTLEMENT HEARING AND MODIFYING BRIEFING SCHEDULE** |

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2  Brocade Communications Systems, Inc. ("Brocade") against certain officers and directors of
3  Brocade;

4  WHEREAS, a settlement has been reached and a preliminary settlement hearing was held
5  on August 18, 2006 at 10:00 a.m.;

6  WHEREAS, by order entered August 18, 2006, the Court scheduled an additional
7  preliminary settlement hearing for August 28, 2006 and ordered the parties to submit additional
8  briefing by August 23, 2006;

9  WHEREAS, the parties wish to submit the opinions of an expert, and require additional
10 time for the expert's report to be prepared and to incorporate the report into the additional
11 briefing;

12 WHEREAS, the parties hereto have agreed, subject to the Court's approval, to continue
13 the deadline to file additional briefing to September 15, 2006, and to continue the preliminary
14 settlement hearing until September 22, 2006 at 10:00 a.m., or such other date and time that the
15 Court deems appropriate;

16 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
17 subject to approval of the Court, that the deadline to file additional briefing shall be continued
18 until September 15, 2006, and the preliminary settlement hearing shall be continued until
19 September 22, 2006 at 10:00 a.m., or such other date and time that the Court deems appropriate.

21 Dated: August 22, 2006                          WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation

                                                   By:   \s\ Mark T. Oakes
                                                         Mark T. Oakes

                                                   Attorneys for Defendants
                                                   Michael Klayko, Seth Neiman, Neal Dempsey,
                                                   Christopher Paisley, David House, Nicholas
                                                   Moore, L. William Krause, Sanjay Vaswani,
                                                   Robert Walker and Brocade Communications
                                                   Systems, Inc.

1  Dated: August 22, 2006                                FARUQI & FARUQI, LLP

2

3                                                        By:  \s\ Adam Gonnelli
                                                              Adam Gonnelli
4
                                                         Attorneys for Plaintiffs
5

6

7                                     *    *    *    *    *

8

9                                    **[PROPOSED] ORDER**

10      Upon stipulation of the parties, and good cause appearing, the preliminary settlement

11  hearing is continued until September 22, 2006 at 10:00 a.m.  The parties shall submit any

12  additional briefing no later that September 15, 2006.

13

14      IT IS SO ORDERED.

15

16      Dated:  August 25. 2006                          _____

17                                                       THE HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIP. AND [PROPOSED] ORDER CONTINUING                    -2-                              2939546_1.DOC
PRELIMINARY SETTLEMENT HEARING AND
MODIFYING BRIEFING SCHEDULE, C-05-02233