NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAZ HASHEMI, State Bar No. 210239
CAMERON P. HOFFMAN, State Bar No. 229316
MARK T. OAKES, State Bar No. 234598
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: moakes@wsgr.com

Attorneys for Defendants
MICHAEL KLAYKO, SETH NEIMAN,
NEAL DEMPSEY, CHRISTOPHER PAISLEY,
DAVID HOUSE, NICHOLAS MOORE, L.
WILLIAM KRAUSE, SANJAY VASWANI,
ROBERT WALKER AND BROCADE
COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION.<br><br>This Document Relates to:<br><br>    ALL ACTIONS | CASE NO.:  C05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY SETTLEMENT HEARING AND MODIFYING BRIEFING SCHEDULE** |

1  WHEREAS, this is a consolidated shareholder derivative action brought on behalf of
2  Brocade Communications Systems, Inc. ("Brocade") against certain officers and directors of
3  Brocade;
4  WHEREAS, a settlement has been reached and a preliminary settlement hearing was held
5  on August 18, 2006 at 10:00 a.m.;
6  WHEREAS, by order entered August 18, 2006, the Court scheduled an additional
7  preliminary settlement hearing for August 28, 2006 and ordered the parties to submit additional
8  briefing by August 23, 2006;
9  WHEREAS, the parties agreed to continue the deadline to file additional briefing to
10 September 15, 2006, and to continue the preliminary settlement hearing until September 22,
11 2006 at 10:00 a.m.;
12 WHEREAS, the defendants requested, and plaintiffs agreed to, further time to prepare
13 additional briefing in support of the proposed settlement;
14 WHEREAS, the parties hereto have agreed, subject to the Court's approval, to continue
15 the deadline to file additional briefing to September 29, 2006, and to continue the preliminary
16 settlement hearing until October 6, 2006 at 10:00 a.m., or such other date and time that the Court
17 deems appropriate;
18 IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,
19 subject to approval of the Court, that the deadline to file additional briefing shall be continued
20 until September 29, 2006, and the preliminary settlement hearing shall be continued until
21 October 6, 2006 at 10:00 a.m., or such other date and time that the Court deems appropriate.
22 //
23 //
24 //
25 //
26 //
27 //
28 //

| | |
|---|---|
| Dated: September 8, 2006 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br><br>By: /s/ Christopher R. Howald<br>      Christopher R. Howald<br><br>Attorneys for Defendants<br>Michael Klayko, Seth Neiman, Neal Dempsey, Christopher Paisley, David House, Nicholas Moore, L. William Krause, Sanjay Vaswani, Robert Walker and Brocade Communications Systems, Inc. |
| Dated: September 8, 2006 | FARUQI & FARUQI, LLP<br><br>By: /s/ Adam Gonnelli<br>      Adam Gonnelli<br><br>Attorneys for Plaintiffs |

*   *   *   *   *

## [PROPOSED] ORDER

Upon stipulation of the parties, and good cause appearing, the preliminary settlement hearing is continued until October 6, 2006 at 10:00 a.m. The parties shall submit any additional briefing no later that September 29, 2006.

IT IS SO ORDERED.

Dated: September 12, 2006

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer