UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| IN RE BROCADE COMMUNICATION SYSTEMS, INC., DERIVATIVE LITIGATION | Case No. C05-02233 CRB |
|---|---|
| This Document Relates To: ALL ACTIONS | STIPULATION FOR EXTENSION OF PLAINTIFF'S TIME TO FILE PAPERS IN CONNECTION WITH A MOTION FOR FINAL APPROVAL OF SETTLLEMENT |

**WHEREAS**, on August 10, 2006, the Parties entered into an Amended Stipulation of Settlement (the "Stipulation") which would settle the Derivative Actions and result in their dismissal with prejudice;

**WHEREAS**, the Stipulation was thereafter submitted to this Court for preliminary approval;

**WHEREAS**, on February 14, 2007, the Court issued an Order:

1. granting preliminary approval of the Stipulation;
2. setting a hearing for final approval to be held on April 27, 2007;
3. providing that Notice of the Stipulation be provided to shareholders no later than March 23, 2007; and
4. providing that any written objections from shareholders or any papers in support of final approval of the Settlement be filed by April 6, 2007, and that any reply papers be filed by April 20, 2007;

**WHEREAS**, notice was provided to the shareholders pursuant to the Court's Order.

**WHEREAS**, Plaintiffs will be unable to complete confirmatory discovery by April 6, 2007;

**WHEREAS**, Plaintiffs seek an extension of time to file papers in connection with a motion for final settlement of the Derivative Actions from April 6, 2007 to April ~~17~~ 16, 2007 with all other dates remaining the same;

**WHEREAS**, Defendants do not object to Plaintiffs' request.

**NOW THEREFORE**, It is hereby **AGREED, ORDERED and ADJUDGED**

1

**THAT** Plaintiffs' request that their time to file papers in connection with a motion for final settlement of the Derivative Actions be extended from April 6, 2007 to April ~~17,~~ 16 2007 is granted.

Dated: April 5, 2007

Christopher Marlborough
Adam Gonnelli
FARUQI & FARUQI, LLP
Plaintiff's Co-lead Counsel

Dated: April 5, 2007

Sara E. Collier
William B. Federman
FEDERMAN & SHERWOOD, LLP
Plaintiff's Co-lead Counsel

Dated: April 5, 2007

Mark T. Oakes
WILSON, SONSINI, GOODRICH & ROSATI, P.C.
For Nominal Defendant Brocade and Defendants Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker, Paul Bonderson, Larry W. Sonsini, Mark Leslie, and William K. O'Brien

So ORDERED,

Dated: April 06 2007



THE HONORABLE
United States District Court Judge

IT IS SO ORDERED
Judge Charles R. Breyer

2