COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
JESSICA VALENZUELA SANTAMARIA (220934)
JAMES M. PENNING (229727)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING** |

**WHEREAS**, on August 10, 2006, plaintiffs Stephen Knee, Robert Galluscio, William Pratt, and Anjani K. Jha, nominal defendant Brocade Communications Systems, Inc., individual defendants Antonio Canova, Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker, Mark Leslie, Paul Bonderson, Larry W. Sonsini, William K. O'Brien and Michael J. Byrd, and defendant KPMG, LLP (the "Parties") entered into an Amended Stipulation of Settlement (the "Stipulation") to settle the derivative Actions;

**WHEREAS**, on August 10, 2006, the Parties submitted the Stipulation to this court for preliminary approval;

1.

**WHEREAS**, on February 14, 2007, the Court issued an Order granting preliminary approval of the Stipulation, setting a hearing for final approval to be held on April 27, 2007, and providing that Notice of the Stipulation be provided to shareholders no later than March 23, 2007;

**WHEREAS**, on April 27, 2007, the Court issued an Order:

1. continuing the hearing for final approval to August 24, 2007;
2. setting a case management conference ("CMC) for August 24, 2007;
3. providing that briefs be filed by August 15, 2007, and that any reply papers be filed by August 20, 2007; and
4. dismissing KPMG from the action without prejudice.

**WHEREAS**, nominal defendant Brocade Communications Systems, Inc., ("Brocade") provided plaintiffs with confirmatory discovery, including over 2 million pages of documents;

**WHEREAS**, plaintiffs continue to review the confirmatory discovery produced by Brocade and anticipate completing this review within approximately forty-five (45) days;

**WHEREAS**, the Parties wish to continue the August 24, 2007 final approval hearing and CMC for a period of forty-five (45) days to allow additional time to meet and confer regarding the Stipulation and to allow plaintiffs time to complete the review of confirmatory discovery;

**WHEREAS**, the Parties understand that 10:00 a.m. on October 26, 2007, is available on the Court's calendar, and the Parties are also available on this date;

///
///
///
///
///
///
///
///
///

2.

Now, THEREFORE, the Parties hereby stipulate as follows:

1. The final approval hearing and CMC currently scheduled for August 24, 2007, shall be rescheduled to 10:00 a.m. on October 26, 2007, (the "Hearing Date") and associated deadlines shall be rescheduled accordingly;

2. Any briefs outlining a Party's position on the Stipulation shall be filed by October 17, 2007; and

3. Reply briefs shall be filed by October 22, 2007.

Dated: August 14, 2007                    FARUQI & FARUQI, LLP

                                          _____
                                          Christopher Marlborough
                                          Co-Lead Counsel For Plaintiffs

Dated: August __, 2007                    COOLEY GODWARD KRONISH LLP

                                          _____
                                          Grant P. Fondo

                                          Attorneys For Nominal Defendant,
                                          BROCADE COMMUNICATIONS
                                          SYSTEMS, INC.

Dated: August __, 2007                    HELLER EHRMAN LLP

                                          _____
                                          Norman J. Blears
                                          Attorneys For Defendant Antonio Canova

NOW, THEREFORE, the Parties hereby stipulate as follows:

1. The final approval hearing and CMC currently scheduled for August 24, 2007, shall be rescheduled to 10:00 a.m. on October 26, 2007, (the "Hearing Date") and associated deadlines shall be rescheduled accordingly;

2. Any briefs outlining a Party's position on the Stipulation shall be filed by October 17, 2007; and

3. Reply briefs shall be filed by October 22, 2007.

Dated: August __, 2007                     FARUQI & FARUQI, LLP


_____
Christopher Marlborough

Co-Lead Counsel For Plaintiffs

Dated: August 14, 2007                     COOLEY GODWARD KRONISH LLP


_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: August __, 2007                     HELLER EHRMAN LLP


_____
Norman J. Blears

Attorneys For Defendant Antonio Canova

3.

Now, THEREFORE, the Parties hereby stipulate as follows:

1. The final approval hearing and CMC currently scheduled for August 24, 2007, shall be rescheduled to 10:00 a.m. on October 26, 2007, (the "Hearing Date") and associated deadlines shall be rescheduled accordingly;

2. Any briefs outlining a Party's position on the Stipulation shall be filed by October 17, 2007; and

3. Reply briefs shall be filed by October 22, 2007.

Dated: August __, 2007     FARUQI & FARUQI, LLP


_____
Christopher Marlborough
Co-Lead Counsel For Plaintiffs

Dated: August __, 2007     COOLEY GODWARD KRONISH LLP


_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS
SYSTEMS, INC.

Dated: August 14, 2007     HELLER EHRMAN LLP


_____
~~Norman J. Blears~~
ALEXANDER LYON
Attorneys For Defendant Antonio Canova

3.

1  Dated: August 14, 2007                WILSON SONSINI GOODRICH & ROSATI

                                         ___Steven Guggenheim /cph___
                                         Steven B. Guggenheim

                                         Attorneys For Defendants
                                         Seth Neiman, Neal Dempsey, Christopher B.
                                         Paisley, David L. House, Nicholas G. Moore,
                                         L. William Krause, Sanjay Vaswani, Robert R.
                                         Walker

   Dated: August __, 2007                SKADDEN ARPS SLATE MEAGHER &
                                         FLOM LLP

                                         ___Garrett J. Waltzer___  by /MP
                                         Garrett J. Waltzer

                                         Attorneys For Defendant
                                         Gregory L. Reyes

                             [PROPOSED] ORDER

   Pursuant to the stipulation of counsel, IT IS SO ORDERED:

   1. The hearing on final approval scheduled for August 24, 2007, shall be
      rescheduled to 10:00 a.m. on ~~October 26, 2007~~ November 1, 2007, and the associated deadlines shall
      be rescheduled accordingly;

   2. Any briefs outlining a Party's position on the Stipulation shall be filed by
      October 17, 2007; and

   3. Reply briefs shall be filed by October 22, 2007.

   Dated: 08/17/07
          _____
          THE HONORABLE CHARLES R. BREYER
          United States District Judge

   757685 v1/PA

STIPULATION & [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING CASE NO. C 05-02233 CRB