1  NINA F. LOCKER, State Bar No. 123838
   STEVEN D. GUGGENHEIM, State Bar No. 201386
2  CAMERON P. HOFFMAN, State Bar No. 229316
   CRYSTAL GAUDETTE, State Bar No. 247712
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: sguggenheim@wsgr.com

7  Attorneys for Defendant Seth D. Neiman

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10 In re: BROCADE COMMUNICATIONS      )   Case No.: C 05-02233 CRB
   SYSTEMS, INC. DERIVATIVE LITIGATION )
11                                    )   **REQUEST FOR ORDER**
                                      )   **PERMITTING SUBSTITUTION OF**
12 This Document Relates To:          )   **COUNSEL FOR SETH D. NEIMAN**
                                      )
13 All Actions                        )
                                      )
14                                    )
                                      )
15 _____  )

16         Defendant Seth D. Neiman requests an order permitting his counsel of record, the law

17 firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), to withdraw as counsel in the above-

18 captioned matter, and substituting the law firm of Wilmer Cutler Pickering Hale and Dorr LLP

19 ("Wilmer Hale") as counsel of record for Mr. Neiman.

20         Mr. Neiman requests that the Court make all necessary changes to the Court's records

21 and ECF and direct all future communications in this case to Wilmer Hale as follows:

22         JEFFREY RUDMAN
           WILMER CUTLER PICKERING HALE & DORR, LLP
23         60 State Street
           Boston, Massachusetts 02109
24         Telephone:   (617) 526-6000
           Facsimile:   (617) 526-5000
25
           JONATHAN SHAPIRO
26         WILMER CUTLER PICKERING HALE & DORR, LLP
           1117 California Avenue
27         Palo Alto, CA 94306-2155
           Telephone:   (650) 858-6101
28         Facsimile:   (650) 858-6100

SETH NEIMAN'S REQUEST FOR ORDER PERMITTING         1
SUBSTITUTION OF COUNSEL 3:05-CV-02233-CRB

| | | |
|---|---|---|
| 1 | Dated: October 11, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 2 | | Professional Corporation |
| 3 | | By: /s/ Nina F. Locker |
| | | Nina F. Locker |
| 4 | | |
| | | Attorneys for Seth Neiman |
| 5 | | |
| 6 | Dated: October 11, 2007 | WILMER CUTLER PICKERING HALE & DORR, LLP |
| 7 | | |
| | | By: /s/ Jeffrey Rudman |
| 8 | | Jeffrey Rudman |
| 9 | Dated: October 11, 2007 | SETH D. NEIMAN |
| 10 | | |
| | | By: /s/ Seth D. Neiman |
| 11 | | Seth D. Neiman |

\*    \*    \*

**IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for Seth Neiman and Wilmer Hale is substituted as counsel of record for Mr. Neiman.

Dated: October 12, 2007

By: _____
THE HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED*
Judge Charles R. Breyer