1  Richard M. Phillips (SBN 210047)
   Jeffrey L. Bornstein (SBN 99358)
2  KIRKPATRICK & LOCKHART, PRESTON, GATES, ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, CA 94105
   Telephone: (415) 249-1010
4  Facsimile: (415) 882-8220
   Email: Richard.Phillips@klgates.com
5         Jeff.Bornstein@klgates.com

6  Attorneys for Defendant
   NEAL DEMPSEY
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11                                              )   CASE NO.: 3:05-cv-02233 CRB
                                                )
12  In re: BROCADE COMMUNICATIONS               )   **STIPULATION AND [PROPOSED]**
    SYSTEMS, INC. DERIVATIVE LITIGATION         )   **ORDER RE SUBSTITUTION OF**
13                                              )   **COUNSEL**
                                                )
14                                              )
                                                )
15                                              )
                                                )
16                                              )
                                                )
17                                              )
                                                )
18  _____)

19

20

21

22

23

24

25

26

27

28

1     Defendant Neal Dempsey substitutes Richard M. Phillips and Jeffrey L. Bornstein, of

2  Kirkpatrick & Lockhart Preston Gates Ellis LLP, in place and instead of Wilson Sonsini

3  Goodrich & Rosati as his attorneys in this action.

4     Defendant Neal Dempsey consents to this substitution.

5

6  Dated: October 4, 2007

7                                                                 /s/ Neal Dempsey
                                                                   Neal Dempsey

8     We consent to the above substitution.

9

10  Dated: October 11, 2007                WILSON SONSINI GOODRICH & ROSATI
                                           LLP
                                           Professional Corporation
11

12                                         By: /s/
13                                         Title: Nina F. Locker

14     We accept the above substitution.
15
16  Dated: October 10, 2007                KIRKPATRICK & LOCKHART, PRESTON,
                                           GATES, ELLIS LLP
                                           Professional Corporation
17

18                                         By: /s/
                                           Richard M. Phillips
19                                         Jeffrey L. Bornstein

20     IT IS SO ORDERED.
21
22  Dated: October 12, 2007
23
                                           Honorable _____ Judge
24
25                                         IT IS SO ORDERED
                                           /s/ Judge Charles R. Breyer
26
27
28

STIPULATION AND [PROPOSED] ORDER         -1-                CASE NO. 3:05-CV-02233-CRB
RE SUBSTITUTION OF COUNSEL