NINA F. LOCKER, State Bar No. 123838
STEVEN D. GUGGENHEIM, State Bar No. 201386
CAMERON P. HOFFMAN, State Bar No. 229316
CRYSTAL GAUDETTE, State Bar No. 247712
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: sguggenheim@wsgr.com

Attorneys for Defendants David House, Michael Klayko, William Krause, Nicholas Moore, Christopher Paisley, Sanjay Vaswani and Robert Walker

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br><br>All Actions | Case No.: C 05-02233 CRB<br><br>**REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DAVID HOUSE, MICHAEL KLAYKO, WILLIAM KRAUSE, NICHOLAS MOORE, CHRISTOPHER PAISLEY, SANJAY VASWANI AND ROBERT WALKER** |

Defendants David House, Michael Klayko, William Krause, Nicholas Moore, Christopher Paisley, Sanjay Vaswani and Robert Walker (collectively, the "Individual Defendants") request an order permitting their counsel of record, the law firm of Wilson Sonsini Goodrich & Rosati ("WSGR"), to withdraw as counsel in the above-captioned matter, and substituting Shearman & Sterling LLP ("Shearman & Sterling") as counsel of record for the Individual Defendants.

The Individual Defendants request that the Court make all necessary changes to the Court's records and ECF and direct all future communications in this case to Shearman & Sterling as follows:

|     |                                                   |                                                |
| --- | ------------------------------------------------- | ---------------------------------------------- |
| 1   | STEPHEN D. HIBBARD                                |                                                |
|     | SHEARMAN & STERLING LLP                           |                                                |
| 2   | 525 Market Street                                 |                                                |
|     | San Francisco, CA 94105                           |                                                |
| 3   | Telephone:    (415) 616-1174                      |                                                |
|     | Facsimile:     (415) 616-1199                     |                                                |
| 4   | Email: shibbard@shearman.com                      |                                                |

Dated: November 6, 2007     WILSON SONSINI GOODRICH & ROSATI

Professional Corporation

By: /s/ Nina F. Locker
      Nina F. Locker

Attorneys for Individual Defendants

Dated: November 6, 2007     SHEARMAN & STERLING LLP

By: /s/ Stephen D. Hibbard
      Stephen D. Hibbard

Dated: November 6, 2007     David House

By: /s/ David House
      David House

Dated: November 6, 2007     Michael Klayko

By: /s/ Michael Klayko
      Michael Klayko

Dated: November 6, 2007     William Krause

By: /s/ William Krause
      William Krause

Dated: November 6, 2007     Nicholas Moore

By: /s/ Nicholas Moore
      Nicholas Moore

INDIVIDUAL DEFENDANTS' REQUEST FOR ORDER
PERMITTING SUBSTITUTION OF COUNSEL
3:05-CV-02233-CRB

2

Dated:  November 6, 2007	Christopher Paisley

By: /s/ Christopher Paisley
　　　Christopher Paisley

Dated:  November 6, 2007	Sanjay Vaswani

By: /s/ Sanjay Vaswani
　　　Sanjay Vaswani

Dated:  November 6, 2007	Robert Walker

By: /s/ Robert Walker
　　　Robert Walker

　　　　　　　　　*　　　　　　　　　*　　　　　　　　　*

**IT IS HEREBY ORDERED** that WSGR is relieved as counsel of record for David House, Michael Klayko, William Krause, Nicholas Moore, Christopher Paisley, Sanjay Vaswani and Robert Walker (collectively, the "Individual Defendants"), and Shearman & Sterling is substituted as counsel of record for the Individual Defendants.

Dated:  November 07, 2007

By: _____
THE HONORABLE CHARLES R. BREYER



INDIVIDUAL DEFENDANTS' REQUEST FOR ORDER
PERMITTING SUBSTITUTION OF COUNSEL
3:05-CV-02233-CRB

3

## ATTESTATION

I, Crystal Gaudette, am the ECF User whose identification and password are being used to file REQUEST FOR ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR LARRY W. SONSINI. In compliance with General Order 45.X.B, I hereby attest that Stephen D. Hibbard, Nina F. Locker, David House, Michael Klayko, William Krause, Nicholas Moore, Christopher Paisley, Sanjay Vaswani and Robert Walker have concurred in this filing.

Dated: November 6, 2007         WILSON SONSINI GOODRICH & ROSATI

By: /s/ Crystal Gaudette
        Crystal Gaudette

Attorney for Defendants David House, Michael Klayko, William Krause, Nicholas Moore, Christopher Paisley, Sanjay Vaswani and Robert Walker