1   COOLEY GODWARD KRONISH LLP
    JOHN C. DWYER (136533)
2   GRANT P. FONDO (181530)
    JESSICA VALENZUELA SANTAMARIA (220934)
3   JAMES M. PENNING (229727)
    Five Palo Alto Square
4   3000 El Camino Real
    Palo Alto, CA  94306-2155
5   Telephone:     (650) 843-5000
    Facsimile:     (650) 849-7400
6
    Attorneys for Nominal Defendant
7   BROCADE COMMUNICATIONS SYSTEMS, INC.

8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13  IN RE BROCADE COMMUNICATIONS          Case No.  C 05-02233 CRB
    SYSTEMS, INC. DERIVATIVE
14  LITIGATION                            STIPULATION AND [PROPOSED] ORDER
                                          TO CONTINUE FINAL APPROVAL
15                                        HEARING TO FEBRUARY 8, 2008
    This Document Relates to:
16
         ALL ACTIONS
17

18

19

20          **WHEREAS**, on August 10, 2006, plaintiffs Stephen Knee, Robert Galluscio, William

21  Pratt, and Anjani K. Jha, nominal defendant Brocade Communications Systems, Inc., individual

22  defendants Antonio Canova, Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B.

23  Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R.

24  Walker, Mark Leslie, Paul Bonderson, Larry W. Sonsini, William K. O'Brien and Michael J.

25  Byrd, and defendant KPMG, LLP (the "Parties") entered into an Amended Stipulation of

26  Settlement (the "Amended Stipulation") to settle the derivative Actions;

27          **WHEREAS**, on August 10, 2006, the Parties submitted the Amended Stipulation to this

28  court for preliminary approval;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.          STIPULATION & [PROPOSED] ORDER TO
            CONTINUE FINAL APPROVAL HEARING
            CASE NO. C 05-02233 CRB

1      WHEREAS, on February 14, 2007, the Court issued an Order granting preliminary

2  approval of the Amended Stipulation, setting a hearing for final approval to be held on April 27,

3  2007, and providing that Notice of the Amended Stipulation be provided to shareholders no later

4  than March 23, 2007;

5      WHEREAS, on April 27, 2007, the Court issued an Order continuing the hearing for final

6  approval to August 24, 2007, rescheduling associated deadlines accordingly, and dismissing

7  KMPG from the action without prejudice;

8      WHEREAS, the Court issued subsequent Orders continuing the hearing for final approval

9  to November 1, 2007 and December 21, 2007;

10      WHEREAS, the following are currently scheduled with the Court:

11      1.     The hearing for final approval is December 21, 2007;

12      2.     A case management conference ("CMC) is scheduled for December 21, 2007;

13      3.     Briefs regarding the parties' position on settlement are currenlty due December 6,

14  2007, with any reply papers to be filed by December 11, 2007;

15      WHEREAS the Parties wish to continue the December 21, 2007 final approval hearing

16  and CMC for a period of sixty (60) days to permit additional discussions;

17      WHEREAS, the Parties understand that 10:00 a.m. on February 8, 2008, is available on

18  the Court's calendar, the Parties are also available on this date and they request it;

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING CASE
NO. C 05-02233 CRB

1    NOW, THEREFORE, the Parties hereby stipulate as follows:

2        1.        The final approval hearing and CMC currently scheduled for December 21, 2007,

3    shall be rescheduled to 10:00 a.m. on February 8, 2008, (the "Hearing Date") and associated

4    deadlines shall be rescheduled accordingly;

5        2.        Any briefs outlining a Party's position on the Stipulation shall be filed by

6    January 24, 2008; and

7        3.        Reply briefs shall be filed by January 29, 2008.

8

9    Dated:  December 5, 2007                    FARUQI & FARUQI, LLP

10

11                                               /s/ Adam Gonelli
                                                        Adam Gonelli

12                                               Co-Lead Counsel For Plaintiffs

13

14    Dated:  December 5, 2007                   COOLEY GODWARD KRONISH LLP

15

16                                               /s/ Grant P. Fondo
                                                        Grant P. Fondo

17
                                                 Attorneys For Nominal Defendant,
18                                               Brocade Communications Systems, Inc.

19

20

21

22

23

24

25

26

27

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING CASE
NO. C 05-02233 CRB**

1

2    Dated:  December 5, 2007                    HELLER EHRMAN LLP

3

4                                               /s/ Alexander Lyon
                                                      Alexander Lyon
5
                                                Attorneys For Defendant Antonio Canova
6
     Dated:  December 6, 2007                   WILMER CUTLER PICKERING HASLE &
7                                               DORR LLP

8

9
                                                /s/ Jeffrey B. Rudman
10                                                    Jeffrey B. Rudman

11                                              Attorneys For Defendant Seth Neiman

12
     Dated:  December __, 2007                   K&L GATES LLP
13

14

15
                                                _____
16                                                    Jeffrey L. Bornstein

17                                              Attorneys For Defendant Neal Dempsey

18
     Dated:  December __, 2007                   SHEARMAN & STERLING LLP
19

20

21
                                                _____
22                                                    Stephen D. Hibbard

23                                              Attorneys For Defendants
                                                Christopher B. Paisley, David L. House,
24                                              Nicholas G. Moore, L. William Krause,
                                                Sanjay Vaswani, Robert R. Walker
25

26

27

28                                         4.          STIPULATION & [PROPOSED] ORDER TO
                                                       CONTINUE FINAL APPROVAL HEARING CASE
COOLEY GODWARD                                         NO. C 05-02233 CRB
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dated: December __, 2007                    HELLER EHRMAN LLP


                                            _____
                                                     Alexander Lyon

                                            Attorneys For Defendant Antonio Canova

Dated: December __, 2007                    WILMER CUTLER PICKERING HASLE &
                                            DORR LLP



                                            _____
                                                    Jeffrey B. Rudman

                                            Attorneys For Defendant Seth Neiman

Dated: December 5, 2007                     K&L GATES LLP


                                            _____
                                                    Jeffrey L. Bornstein

                                            Attorneys For Defendant Neal Dempsey


Dated: December __, 2007                    SHEARMAN & STERLING LLP



                                            _____
                                                   Stephen D. Hibbard

                                            Attorneys For Defendants
                                            Christopher B. Paisley, David L. House,
                                            Nicholas G. Moore, L. William Krause,
                                            Sanjay Vaswani, Robert R. Walker

STIPULATION & [PROPOSED] ORDER TO
                         CONTINUE FINAL APPROVAL HEARING CASE
                                    NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

2  Dated: December __, 2007            HELLER EHRMAN LLP

3

4                                      _____
                                              Alexander Lyon
5
                                       Attorneys For Defendant Antonio Canova
6
   Dated: December __, 2007            WILMER CUTLER PICKERING HASLE &
7                                      DORR LLP

8

9

10                                     _____
                                              Jeffrey B. Rudman
11
                                       Attorneys For Defendant Seth Neiman
12
   Dated: December __, 2007            K&L GATES LLP
13

14

15                                     _____
                                              Jeffrey L. Bornstein
16
                                       Attorneys For Defendant Neal Dempsey
17

18
   Dated: December 5, 2007             SHEARMAN & STERLING LLP
19

20

21                                     _____
                                              Stephen D. Hibbard
22
                                       Attorneys For Defendants
23                                     Christopher B. Paisley, David L. House,
                                       Nicholas G. Moore, L. William Krause,
24                                     Sanjay Vaswani, Robert R. Walker

25

26

27

28                                  4.      STIPULATION & [PROPOSED] ORDER TO
                                         CONTINUE FINAL APPROVAL HEARING CASE
NO. C 05-02233 CRB

1

2      Dated:  December __, 2007                    SKADDEN ARPS SLATE MEAGHER &
                                                    FLOM LLP
3

4
                                                    /s/ Garrett J. Waltzer
5                                                           Garrett J. Waltzer

6                                                   Attorneys For Defendant
                                                    Gregory L. Reyes
7

8

9

10

11                              ~~[PROPOSED]~~ ORDER

12          Pursuant to the stipulation of counsel, IT IS SO ORDERED:

13          1.      The hearing on final approval scheduled for December 21, 2007, shall be

                                                 2008
14     rescheduled to 10:00 a.m. on February 8, ~~2007~~, and the associated deadlines shall be

15     rescheduled accordingly;

16          2.      Any briefs outlining a Party's position on the Stipulation shall be filed by

17     January 24, 2008; and

18          3.      Reply briefs shall be filed by January 29, 2008.

19

20     Dated:  _December 7, 2007 __

21                                                  THE HONORABLE
                                                    United States District     IT IS SO ORDERED

22

23                                                          Judge Charles R. Breyer

24

25

26

27

28                                            5.        STIPULATION & [PROPOSED] ORDER TO
                                                        CONTINUE FINAL APPROVAL HEARING CASE
                                                        NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Continue Final Approval Hearing To February 8, 2008.


Dated:  December 6, 2007                                   COOLEY GODWARD KRONISH LLP


                                                                          By:_____/s/_____
                                                                                Jessica Valenzuela Santamaria

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

6.                          STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING CASE
NO. C 05-02233 CRB