COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
JESSICA VALENZUELA SANTAMARIA (220934)
JAMES M. PENNING (229727)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.


UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION


| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING TO MARCH 7, 2008** |


**WHEREAS**, on August 10, 2006, plaintiffs Stephen Knee, Robert Galluscio, William Pratt, and Anjani K. Jha, nominal defendant Brocade Communications Systems, Inc., individual defendants Antonio Canova, Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker, Mark Leslie, Paul Bonderson, Larry W. Sonsini, William K. O'Brien and Michael J. Byrd, and defendant KPMG, LLP (the "Parties") entered into an Amended Stipulation of Settlement (the "Amended Stipulation") to settle the derivative Actions;

**WHEREAS**, on August 10, 2006, the Parties submitted the Amended Stipulation to this court for preliminary approval;

1.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1    WHEREAS, on February 14, 2007, the Court issued an Order granting preliminary
2    approval of the Amended Stipulation, setting a hearing for final approval to be held on April 27,
3    2007, and providing that Notice of the Amended Stipulation be provided to shareholders no later
4    than March 23, 2007;

5    WHEREAS, on April 27, 2007, the Court issued an Order continuing the hearing for final
6    approval to August 24, 2007, rescheduling associated deadlines accordingly, and dismissing
7    KMPG from the action without prejudice;

8    WHEREAS, the Court issued subsequent Orders continuing the hearing for final approval
9    to November 1, 2007, December 21, 2007 and February 8, 2008;

10   WHEREAS, the following are currently scheduled with the Court:

11   1.    The hearing for final approval is February 8, 2008;

12   2.    A case management conference ("CMC") is scheduled for February 8, 2008;

13   3.    Briefs regarding the parties' position on settlement are currently due January 24,
14   2008, with any reply papers to be filed by January 29, 2008;

15   WHEREAS the Parties wish to continue the February 8, 2008 final approval hearing and
16   CMC for a period of twenty-nine (29) days to permit additional discussions;

17   WHEREAS, the Parties understand that 10:00 a.m. on March 7, 2008, is available on the
18   Court's calendar, the Parties are also available on this date and they request it;

19   / / /
20   / / /
21   / / /
22   / / /
23   / / /
24   / / /
25   / / /
26   / / /
27   / / /
28   / / /

2.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1    **NOW, THEREFORE**, the Parties hereby stipulate as follows:

2    1.    The final approval hearing and CMC currently scheduled for February 8, 2008,

3    shall be rescheduled to 10:00 a.m. on March 7, 2008, (the "Hearing Date") and associated

4    deadlines shall be rescheduled accordingly;

5    2.    Any briefs outlining a Party's position on the Stipulation shall be filed by

6    February 21, 2008; and

7    3.    Reply briefs shall be filed by February 26, 2008.

8

9    Dated: December 21, 2007          FARUQI & FARUQI, LLP

10

11   _____
                                        Adam Gonnelli
12
                                     Co-Lead Counsel For Plaintiffs
13

14   Dated: December ___, 2007         COOLEY GODWARD KRONISH LLP

15

16   _____
                                        Grant P. Fondo
17
                                     Attorneys For Nominal Defendant,
18                                   Brocade Communications Systems, Inc.

19

20

21

22

23

24

25

26

27

28
                                 3.          STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING
                                             CASE NO. C 05-02233 CRB

1        **NOW, THEREFORE**, the Parties hereby stipulate as follows:

2        1.     The final approval hearing and CMC currently scheduled for February 8, 2008,

3 shall be rescheduled to 10:00 a.m. on March 7, 2008, (the "Hearing Date") and associated

4 deadlines shall be rescheduled accordingly;

5        2.     Any briefs outlining a Party's position on the Stipulation shall be filed by

6 February 21, 2008; and

7        3.     Reply briefs shall be filed by February 26, 2008.

Dated:  December ___, 2007         FARUQI & FARUQI, LLP

_____
Adam Gonnelli

Co-Lead Counsel For Plaintiffs

Dated:  December 21, 2007        COOLEY GODWARD KRONISH LLP

_____
/s/
Grant P. Fondo

Attorneys For Nominal Defendant,
Brocade Communications Systems, Inc.

3.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dated:  December 21, 2007                    HELLER EHRMAN LLP


                                             _____
                                                        /s/
                                                  Alexander Lyon

                                             Attorneys For Defendant Antonio Canova

Dated:  December 21, 2007                    WILMER CUTLER PICKERING HASLE &
                                             DORR LLP


                                             _____
                                                        /s/
                                                  Jeffrey B. Rudman

                                             Attorneys For Defendant Seth Neiman

Dated:  December ___, 2007                   K&L GATES LLP



                                             _____
                                                  Jeffrey L. Bornstein

                                             Attorneys For Defendant Neal Dempsey


Dated:  December ___, 2007                   SHEARMAN & STERLING LLP



                                             _____
                                                  Stephen D. Hibbard

                                             Attorneys For Defendants
                                             Christopher B. Paisley, David L. House,
                                             Nicholas G. Moore, Michael Klayko, L.
                                             William Krause, Sanjay Vaswani, and Robert
                                             R. Walker

STIPULATION & [PROPOSED] ORDER TO
                                             CONTINUE FINAL APPROVAL HEARING
                                             CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1

2    Dated: December ___, 2007               HELLER EHRMAN LLP

3

4                                            _____
5                                                    Alexander Lyon

6                                            Attorneys For Defendant Antonio Canova

     Dated: December ___, 2007               WILMER CUTLER PICKERING HASLE &
7                                            DORR LLP

8

9

10                                           _____
                                                    Jeffrey B. Rudman
11
                                             Attorneys For Defendant Seth Neiman
12
     Dated: December 20, 2007                K&L GATES LLP
13

14

15                                           _____
                                                    Jeffrey L. Bornstein
16
                                             Attorneys For Defendant Neal Dempsey
17

18
     Dated: December ___, 2007               SHEARMAN & STERLING LLP
19

20

21                                           _____
                                                    Stephen D. Hibbard
22
                                             Attorneys For Defendants
23                                           Christopher B. Paisley, David L. House,
                                             Nicholas G. Moore, Michael Klayko, L.
24                                           William Krause, Sanjay Vaswani, and Robert
                                             R. Walker
25

26

27

28                          4.              STIPULATION & [PROPOSED] ORDER TO
                                            CONTINUE FINAL APPROVAL HEARING
     COOLEY GODWARD                         CASE NO. C 05-02233 CRB
     KRONISH LLP
     ATTORNEYS AT LAW
     PALO ALTO

Dated: December ___, 2007     HELLER EHRMAN LLP

_____
Alexander Lyon

Attorneys For Defendant Antonio Canova

Dated: December ___, 2007     WILMER CUTLER PICKERING HASLE &
DORR LLP

_____
Jeffrey B. Rudman

Attorneys For Defendant Seth Neiman

Dated: December ___, 2007     K&L GATES LLP

_____
Jeffrey L. Bornstein

Attorneys For Defendant Neal Dempsey

Dated: December 21, 2007     SHEARMAN & STERLING LLP

_____
Stephen D. Hibbard

Attorneys For Defendants
Christopher B. Paisley, David L. House,
Nicholas G. Moore, Michael Klayko, L.
William Krause, Sanjay Vaswani, and Robert
R. Walker

Dated: December 21, 2007

SKADDEN ARPS SLATE MEAGHER &
FLOM LLP

_/s/_
Garrett J. Waltzer

Attorneys For Defendant
Gregory L. Reyes

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1.    The hearing on final approval scheduled for February 8, 2008, shall be rescheduled to 10:00 a.m. on March 7, 2007, and the associated deadlines shall be rescheduled accordingly;

2.    Any briefs outlining a Party's position on the Stipulation shall be filed by February 21, 2008; and

3.    Reply briefs shall be filed by February 26, 2008.

Dated: __December 26, 2007__

THE HONOR
United State

IT IS SO ORDERED

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Continue Final Approval Hearing To March 7, 2008.


Dated:  December 21, 2007                COOLEY GODWARD KRONISH LLP


By:_____/s/_____
                              James M. Penning

765149 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO