COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
JESSICA VALENZUELA SANTAMARIA (220934)
JAMES M. PENNING (229727)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>    ALL ACTIONS | Case No.  C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FINAL APPROVAL HEARING TO APRIL 4, 2008** |

**WHEREAS**, on August 10, 2006, plaintiffs Stephen Knee, Robert Galluscio, William Pratt, and Anjani K. Jha, nominal defendant Brocade Communications Systems, Inc., individual defendants Antonio Canova, Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker, Mark Leslie, Paul Bonderson, Larry W. Sonsini, William K. O'Brien and Michael J. Byrd, and defendant KPMG, LLP (the "Parties") entered into an Amended Stipulation of Settlement (the "Amended Stipulation") to settle the derivative Actions;

**WHEREAS**, on August 10, 2006, the Parties submitted the Amended Stipulation to this court for preliminary approval;

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE FINAL APPROVAL HEARING
CASE NO. C 05-02233 CRB

WHEREAS, on February 14, 2007, the Court issued an Order granting preliminary approval of the Amended Stipulation, setting a hearing for final approval to be held on April 27, 2007, and providing that Notice of the Amended Stipulation be provided to shareholders no later than March 23, 2007;

WHEREAS, on April 27, 2007, the Court issued an Order continuing the hearing for final approval to August 24, 2007, rescheduling associated deadlines accordingly, and dismissing KMPG from the action without prejudice;

WHEREAS, the Court issued subsequent Orders continuing the hearing for final approval to November 1, 2007, December 21, 2007, February 8, 2008 and March 7, 2008;

WHEREAS, the following are currently scheduled with the Court:

1.      The hearing for final approval is March 7, 2008;

2.      A case management conference ("CMC) is scheduled for March 7, 2008;

3.      Briefs regarding the parties' position on settlement are currently due February 21, 2008, with any reply papers to be filed by February 26, 2008;

WHEREAS the Parties wish to continue the March 7, 2008 final approval hearing and CMC for a period of twenty-eight (28) days;

WHEREAS, the Parties understand that 10:00 a.m. on April 4, 2008, is available on the Court's calendar, the Parties are also available on this date and they request it;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION & [PROPOSED] ORDER TO CONTINUE
FINAL APPROVAL HEARING
CASE NO. C 05-02233 CRB

**NOW, THEREFORE**, the Parties hereby stipulate as follows:

1.      The final approval hearing and CMC currently scheduled for March 7, 2008, shall be rescheduled to 10:00 a.m. on April 4, 2008, (the "Hearing Date") and associated deadlines shall be rescheduled accordingly;

2.      Any briefs outlining a Party's position on the Stipulation shall be filed by March 20, 2008; and

3.      Reply briefs shall be filed by March 25, 2008.


Dated:  February 20, 2008            FARUQI & FARUQI, LLP


_____
Adam Gonnelli

Co-Lead Counsel For Plaintiffs

Dated:  February 20, 2008            COOLEY GODWARD KRONISH LLP


_____
/s/
Grant P. Fondo

Attorneys For Nominal Defendant,
Brocade Communications Systems, Inc.

Dated:  February 20, 2008            HELLER EHRMAN LLP


_____
/s/
Alexander Lyon

Attorneys For Defendant Antonio Canova

Dated:  February 20, 2008            WILMER CUTLER PICKERING HASLE & DORR LLP


_____
/s/
Jeffrey B. Rudman

Attorneys For Defendant Seth Neiman

Dated:  February 20, 2008                    K&L GATES LLP


_____
/s/
Jeffrey L. Bornstein

Attorneys For Defendant Neal Dempsey


Dated:  February 20, 2008                    SHEARMAN & STERLING LLP


_____
/s/
Stephen D. Hibbard

Attorneys For Defendants
Christopher B. Paisley, David L. House,
Nicholas G. Moore, Michael Klayko, L.
William Krause, Sanjay Vaswani, and Robert
R. Walker

Dated:  February 20, 2008                    SKADDEN ARPS SLATE MEAGHER &
FLOM LLP


_____
/s/
Garrett J. Waltzer

Attorneys For Defendant
Gregory L. Reyes

## **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests

that all parties have concurred in the filing of this Stipulation and [Proposed] Order to Continue

Final Approval Hearing to April 4, 2008.

Dated:  February 19, 2007                    COOLEY GODWARD KRONISH LLP


By:_____
/s/
Benjamin D. Singerman

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

4.                    STIPULATION & [PROPOSED] ORDER TO CONTINUE
FINAL APPROVAL HEARING
CASE NO. C 05-02233 CRB

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1.    The hearing on final approval scheduled for March 7, 2008, shall be rescheduled to 10:00 a.m. on April 4, 2007, and the associated deadlines shall be rescheduled accordingly;

2.    Any briefs outlining a Party's position on the Stipulation shall be filed by March 20, 2008; and

3.    Reply briefs shall be filed by March 25, 2008.

Dated: February 22, 2008 _____



_____
THE HONORABLE CHARLES R. BREYER
United States District Court

767472 v4/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION & [PROPOSED] ORDER TO CONTINUE
FINAL APPROVAL HEARING
CASE NO. C 05-02233 CRB