COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533)
GRANT P. FONDO (181530)
JESSICA VALENZUELA SANTAMARIA (220934)
JAMES M. PENNING (229727)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE APRIL 4, 2008 CASE MANAGEMENT CONFERENCE TO MAY 9, 2008** |

**WHEREAS**, on August 10, 2006, plaintiffs William Pratt and Anjani K. Jha, nominal defendant Brocade Communications Systems, Inc. ("Brocade" or the "Company"), individual defendants Antonio Canova, Michael Klayko, Seth D. Neiman, Neal Dempsey, Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker, Mark Leslie, Paul Bonderson, Larry W. Sonsini, William K. O'Brien and Michael J. Byrd, and defendant KPMG, LLP (the "Settling Parties") entered into an Amended Stipulation of Settlement (the "Amended Stipulation") to settle this derivative action;

**WHEREAS**, on August 10, 2006, the Settling Parties submitted the Amended Stipulation to this court for preliminary approval;

**WHEREAS**, on February 14, 2007, the Court issued an Order granting preliminary approval of the Amended Stipulation, setting a hearing for final approval to be held on April 27, 2007;

**WHEREAS**, on April 27, 2007, the Court issued an Order continuing the hearing for final approval to August 24, 2007, rescheduling associated deadlines accordingly, and dismissing KMPG from the action without prejudice;

**WHEREAS,** the Court issued subsequent Orders continuing the hearing for final approval and associated deadlines accordingly, most recently entering an order setting a Hearing For Final Approval and a Case Management Conference for April 4, 2008;

**WHEREAS**, on March 21, 2008, Brocade filed with this Court its Statement Regarding Hearing for Final Approval ("Brocade's Statement") scheduled to be heard on April 4, 2008;

**WHEREAS**, Brocade's Statement informed the Court that, on February 22, 2008, the Company's board of directors ("Board") had created a Special Litigation Committee (the "SLC") and had given it full plenary authority to, among other things, investigate, pursue and/or resolve the Company's derivative claims relating to options back–dating and the matters at issue in this action;

**WHEREAS**, Brocade's Statement further informed the Court that, on March 14, 2008, the SLC had retained the law firm of Dewey & LeBoeuf LLP ("Dewey") as independent counsel to the Company, reporting directly to the SLC, and that the SLC (acting for the Company) is being advised by Dewey partners Ralph C. Ferrara, Ann Ashton and Jonathan E. Richman, each of whom works out of Dewey's New York or Washington D.C. office;

**WHEREAS**, Brocade's Statement requested that the April 4, 2008 hearing be taken off calendar due to the Board's creation of the SLC and informed the court that Brocade would be asking the Court to reschedule the parties' April 4, 2008 hearing so as to permit the parties in

771049 v1/PA

2.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1  this action and counsel for the SLC the opportunity to provide the Court with an update as to the
2  status of this matter and the SLC investigation;
3        WHEREAS, the parties and counsel for the SLC understand that 8:30 a.m. on May 9,
4  2008 is available on the Court's calendar for a Case Management Conference;
5        WHEREAS, the parties and counsel for the SLC are also available for a Case
6  Management Conference on May 9, 2008, at 8:30 a.m., and request that date and time;
7        NOW, THEREFORE, the parties hereby stipulate as follows:
8        1.    The Case Management Conference currently scheduled for April 4, 2008, shall be
9  rescheduled to 8:30 a.m. on May 9, 2008.

Dated: April __, 2008                FARUQI & FARUQI, LLP


                                     /s/
                                     _____
                                     Christopher Marlborough

                                     Co-Lead Counsel For Plaintiffs

Dated: April __, 2008                FEDERMAN & SHERWOOD


                                     /s/
                                     _____
                                     William B. Federman

                                     Co-Lead Counsel For Plaintiffs

Dated: April 2, 2008                 COOLEY GODWARD KRONISH LLP


                                     /s/
                                     _____
                                     Grant P. Fondo

                                     Attorneys For Nominal Defendant,
                                     BROCADE COMMUNICATIONS
                                     SYSTEMS, INC.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

771049 v1/PA

3.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

| | |
|---|---|
| Dated: April 2, 2008 | HELLER EHRMAN LLP |
| | /s/ _____ |
| | Norman J. Blears |
| | Attorneys For Defendant Antonio Canova |
| Dated: April __, 2008 | WILMER CUTLER PICKERING HALE & DORR |
| | /s/ _____ |
| | Jonathan A. Shapiro |
| | Attorneys For Defendant Seth D. Neiman |
| Dated: April __, 2008 | KIRKPATRICK AND LOCKHART AND PRESTON GATES ELLIS LLP |
| | _____ |
| | Jeffrey L. Bornstein |
| | Attorneys For Defendant Neal Dempsey |
| Dated: April __, 2008 | SHEARMAN & STERLING LLP |
| | /s/ _____ |
| | Stephen D. Hibbard |
| | Attorneys For Defendants Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker and Michael Klayko |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dated: April 2, 2008

HELLER EHRMAN LLP

_____
Norman J. Blears

Attorneys For Defendant Antonio Canova

Dated: April __, 2008

WILMER CUTLER PICKERING HALE & DORR

_____
Jonathan A. Shapiro

Attorneys For Defendant Seth D. Neiman

Dated: April __, 2008

KIRKPATRICK AND LOCKHART AND PRESTON GATES ELLIS LLP

/s/ Jeff Bornstein /legs
_____
Jeffrey L. Bornstein

Attorneys For Defendant Neal Dempsey

Dated: April __, 2008

SHEARMAN & STERLING LLP

_____
Stephen D. Hibbard

Attorneys For Defendants Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker and Michael Klayko

771049 v1/PA

4.

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

Dated: April 2, 2008

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

/s/
Garrett J. Waltzer

Attorneys For Defendant
Gregory L. Reyes

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Grant P. Fondo, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of April, 2008, at Palo Alto, California.

/s/
Grant P. Fondo

771049 v1/PA

5.

STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

# [~~PROPOSED~~] ORDER

Pursuant to the stipulation of counsel, IT IS SO ORDERED:

1. The Case Management Conference scheduled for April 4, 2008, shall be rescheduled to 8:30 a.m. on ~~May 9, 2008~~. April 25, 2008 - CRB

Dated: April 3, 2008

_____
THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

771049 v1/PA
6.
STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO