1  COOLEY GODWARD KRONISH LLP
   JOHN C. DWYER (136533)
2  GRANT P. FONDO (181530)
   JESSICA VALENZUELA SANTAMARIA (220934)
3  JAMES M. PENNING (229727)
   Five Palo Alto Square
4  3000 El Camino Real
   Palo Alto, CA 94306-2155
5  Telephone:   (650) 843-5000
   Facsimile:   (650) 849-7400
6
   Attorneys for Nominal Defendant
7  BROCADE COMMUNICATIONS SYSTEMS, INC.

8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 | IN RE BROCADE COMMUNICATIONS | Case No. C 05-02233 CRB
   | SYSTEMS, INC. DERIVATIVE     |
14 | LITIGATION                   | STIPULATION AND [PROPOSED] ORDER
   |                              | TO CONTINUE THE JUNE 6, 2008 CASE
15 | This Document Relates to:    | MANAGEMENT CONFERENCE
16 | ALL ACTIONS                  |
17

18

19

20       WHEREAS, beginning June 1, 2005, several shareholder derivative litigations related to

21 Brocade's historical stock option granting practices were filed;

22       WHEREAS, on August 19, 2005, the Court ordered the consolidation of these related

23 shareholder derivative litigations;

24       WHEREAS, on March 21, 2008, Brocade filed with this Court its Statement Regarding

25 Hearing for Final Approval ("Brocade's Statement") informing the Court that, on February 22,

26 2008, the Company's board of directors ("Board") had created a Special Litigation Committee

27 (the "SLC") and had given it full plenary authority to, among other things, investigate, pursue

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

774410 v1/PA

1.                         STIPULATION & [PROPOSED] ORDER TO
                           CONTINUE CASE MANAGEMENT CONFERENCE
                           CASE NO. C 05-02233 CRB

1  and/or resolve the Company's derivative claims relating to options back-dating and the matters
2  at issue in this action;

3   **WHEREAS,** Brocade's Statement further informed the Court that, on March 14, 2008, the
4  SLC had retained the law firm of Dewey & LeBoeuf LLP ("Dewey") as independent counsel to
5  the Company, reporting directly to the SLC, and that the SLC (acting for the Company) is being
6  advised by Dewey partners Ralph C. Ferrara, Ann Ashton and Jonathan E. Richman, each of
7  whom works out of Dewey's New York or Washington D.C. office;

8   **WHEREAS,** on April 25, 2008, the parties in this action and counsel for the SLC provided
9  the Court with an update as to the status of this matter and the SLC investigation;

10  **WHEREAS,** on April 25, 2008, the Court scheduled a further Case Management
11 Conference for 8:30 a.m. on June 6, 2008, to allow the parties and counsel for the SLC to
12 provide a further update on the status of this matter and the SLC investigation;

13  **WHEREAS,** on May 27, 2008, the Court related the *Barbour v. Reyes*, Case No. 3:08-CV-
14 02029 JSW, derivative litigation to this action but did not consolidate the actions;

15  **WHEREAS,** the lead attorney for counsel for the SLC has a family medical emergency
16 that precludes his ability to travel to the West Coast and be fully prepared to provide the Court
17 with a full update on the status of the SLC investigation at the June 6, 2008, Case Management
18 Conference;

19  **WHEREAS,** the parties and counsel for the SLC wish to continue the Case Management
20 Conference to accommodate this family medical emergency;

21  **WHEREAS,** counsel for the SLC has discussed the continuance with plaintiffs' counsel in
22 the *Barbour* action and plaintiffs' counsel is not opposed to the continuance;

23  **WHEREAS,** the parties and counsel for the SLC anticipate they will need approximately 2
24 hours for the Case Management Conference;

25  **WHEREAS,** the parties and counsel for the SLC understand that 8:30 a.m. on June 12,
26 2008, and 10:00 a.m. on June 13, 2008, are available on the Court's calendar for a Case
27 Management Conference;

28

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

774410 v1/PA

2.

STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

1. **WHEREAS**, a case management conference in the state derivative action, *In re Brocade Communications Systems, Inc. Derivative Litigation*, Lead Case No. 1:05CV041683, California Superior Court, County of Santa Clara, is scheduled for 1:30 p.m. on June 13, 2008;

**WHEREAS**, the parties and counsel for the SLC are also available for a Case Management Conference at those times, although most of the parties would prefer to hold the conference on June 12, because (*i*) an SLC member who wishes to attend the Case Management Conference cannot attend on June 13, and (*ii*) many of the parties in the action before this Court are already required to appear before the state court in San Jose in the Brocade derivative action pending in Santa Clara County on the afternoon of June 13;

**NOW, THEREFORE**, the parties hereby stipulate as follows:

1. The Case Management Conference currently scheduled for June 6, 2008, shall be rescheduled to ~~8:30 a.m. on June 12, 2008, or, in the alternative, 10:00 a.m.~~ 1:30 p.m on June ~~13~~ 12, 2008, with the joint case management statement to be filed by June 6, 2008.

Dated: June 2, 2008                         FARUQI & FARUQI, LLP


                                            _____/s/_____
                                            Christopher Marlborough

                                            Co-Lead Counsel For Plaintiffs

Dated: June 2, 2008                         FEDERMAN & SHERWOOD


                                            _____/s/_____
                                            William B. Federman

                                            Co-Lead Counsel For Plaintiffs

| | |
|---|---|
| Dated: June 2, 2008 | COOLEY GODWARD KRONISH LLP |
| | /s/ |
| | Grant P. Fondo |
| | Attorneys For Nominal Defendant, BROCADE COMMUNICATIONS SYSTEMS, INC. |
| Dated: June 2, 2008 | HELLER EHRMAN LLP |
| | /s/ |
| | Norman J. Blears |
| | Attorneys For Defendant Antonio Canova |
| Dated: June 2, 2008 | WILMER CUTLER PICKERING HALE & DORR |
| | /s/ |
| | Jonathan A. Shapiro |
| | Attorneys For Defendant Seth D. Neiman |
| Dated: June 2, 2008 | KIRKPATRICK AND LOCKHART AND PRESTON GATES ELLIS LLP |
| | /s/ |
| | Jeffrey L. Bornstein |
| | Attorneys For Defendant Neal Dempsey |

774410 v1/PA

4.    STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

| | |
|---|---|
| Dated: June 2, 2008 | SHEARMAN & STERLING LLP |
| | /s/<br>———————————————<br>Stephen D. Hibbard |
| | Attorneys For Defendants Christopher B. Paisley, David L. House, Nicholas G. Moore, L. William Krause, Sanjay Vaswani, Robert R. Walker and Michael Klayko |
| Dated: June 2, 2008 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
| | /s/<br>———————————————<br>Garrett J. Waltzer |
| | Attorneys For Defendant<br>Gregory L. Reyes |

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Grant P. Fondo, attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of June, 2008, at Palo Alto, California.

/s/
———————————————
Grant P. Fondo

1 | [PROPOSED] ORDER

2 |     Pursuant to the stipulation of counsel, IT IS SO ORDERED:

3 |     1.   The Case Management Conference scheduled for June 6, 2008, shall be
1:30 p.m.
4 | rescheduled to ~~8:30 a.m~~. on June 12, 2008, and the joint case management statement shall be

5 | filed by June 6, 2008.

8 | Dated: June 2, 2008



THE HONORABLE CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

6.    STIPULATION & [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. C 05-02233 CRB

774410 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO