IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document relates to:<br><br>ALL ACTIONS<br>_____/ | No. C 05-02233 CRB<br><br>**ORDER** |

The Special Litigation Committee ("SLC") of the Board of Directors of nominal defendant Brocade Communications Systems, Inc. is ordered to file any amended Complaint and motion to dismiss/stay it wishes to present to the Court by August 1, 2008.

The parties shall report to the Court for a further Case Management Conference on August 21, 2008 at 8:30a.m.

**IT IS SO ORDERED.**

Dated: July 30, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2233\Complaint Order.wpd