COOLEY GODWARD KRONISH LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
GRANT P. FONDO (181530) (gfondo@cooley.com)
JAMES M. PENNING (229727) (jpenning@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

Attorneys for Nominal Defendant
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C 05-02233 CRB<br><br>**REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.** |
|---|---|

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

1.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 05-02233 CRB

Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems, Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation Committee of the Board of Directors, as counsel of record for Brocade.

Brocade consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's counsel of record in this action.

Dated: August 1, 2008

COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS
SYSTEMS, INC.

Dated: _____, 2008

DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield
Ralph C. Ferrara – *Admitted Pro Hac Vice*

Dated: _____, 2008

BROCADE COMMUNICATIONS
SYSTEMS, INC.

_____
Tom MacMitchell

Assistant Secretary and Director of Legal Affairs, Brocade Communications Systems, Inc.

1  Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems,
2  Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this
3  action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the
4  law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation
5  Committee of the Board of Directors, as counsel of record for Brocade.

6  Brocade consents to, and hereby requests the Court's approval of, the withdrawal of
7  Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's
8  counsel of record in this action.

Dated: August 1, 2008                COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS
SYSTEMS, INC.

Dated: August 1, 2008                DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield
Ralph C. Ferrara – *Admitted Pro Hac Vice*

Dated: _____, 2008          BROCADE COMMUNICATIONS
                                     SYSTEMS, INC.

_____
Tom MacMitchell

Assistant Secretary and Director of Legal
Affairs, Brocade Communications Systems,
Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 05-02233 CRB

1  Pursuant to Civil Local Rule 11-5, nominal defendant Brocade Communications Systems, Inc. ("Brocade") hereby requests an order permitting the company's counsel of record in this action, the law firm of Cooley Godward Kronish LLP, to withdraw as counsel and substituting the law firm of Dewey & LeBoeuf LLP, counsel to Brocade reporting to the Special Litigation Committee of the Board of Directors, as counsel of record for Brocade.

Brocade consents to, and hereby requests the Court's approval of, the withdrawal of Cooley Godward Kronish LLP and the substitution of Dewey & LeBoeuf LLP as Brocade's counsel of record in this action.

Dated: August 1, 2008

COOLEY GODWARD KRONISH LLP

_____
Grant P. Fondo

Attorneys For Nominal Defendant,
BROCADE COMMUNICATIONS SYSTEMS, INC.

Dated: _____, 2008

DEWEY & LEBOEUF LLP

_____
Barbara A. Caulfield
Ralph C. Ferrara – *Admitted Pro Hac Vice*

Dated: AUGUST 1, 2008

BROCADE COMMUNICATIONS SYSTEMS, INC.

_____
Tom MacMitchell

Assistant Secretary and Director of Legal Affairs, Brocade Communications Systems, Inc.

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

2.

REQUEST FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL
C 05-02233 CRB

**IT IS HEREBY ORDERED** that Cooley Godward Kronish LLP is relieved as counsel of record and Dewey & LeBoeuf LLP is substituted as counsel of record for nominal defendant Brocade Communications Systems, Inc.

SO ORDERED this <u>4th</u> day of <u>  August  </u>, 2008.

*IT IS SO ORDERED*
Judge Charles R. Breyer

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that the signatories have concurred in the filing of this REQUEST FOR ORDER PERMITTING WITHDRAWAL OF COUNSEL AND SUBSTITUTION OF NEW COUNSEL FOR DEFENDANT BROCADE COMMUNICATIONS SYSTEMS, INC.

DATED: <u>August 1</u>, 2008          COOLEY GODWARD KRONISH LLP

By: _____
Grant P. Fondo

777362 v1/PA

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
PALO ALTO

3.

REQUEST FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL
C 05-02233 CRB