IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION | No. C 05-02233 CRB<br><br>**ORDER** |

This Document relates to:

ALL ACTIONS
_____/

    On or before August 22, 2008, Plaintiffs' counsel in <u>Barbour v. Reyes</u>, 08-2029 and counsel for Brocade's Special Litigation Committee shall submit a copy of the parties' engagement letter for review.

**IT IS SO ORDERED.**

Dated: August 18, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2233\Engagement Letter.wpd