DEWEY & LEBOEUF LLP
Barbara A. Caulfield (SBN 108999)
E-mail: bcaulfield@dl.com
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:   (650) 845-7000
Facsimile:    (650) 845-7333

DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
Washington, DC 20005
Telephone:   (202) 346-8000
Facsimile:    (202) 346-8102

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, New York 10019
Telephone:   (212) 259-8537
Facsimile:    (212) 259-6333

Attorneys for
BROCADE COMMUNICATIONS SYSTEMS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Documents Relates to:<br><br>   ALL ACTIONS | Case No. C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMIT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT** |

1    WHEREAS, the defendants Antonio Canova, Neal Dempsey, Seth D. Neiman, and Gregory
2    Reyes (collectively the "original defendants") executed a waiver of service of summons in *Knee v.*
3    *Reyes, et al.*, C-05-02233, which became the lead case among the consolidated cases;

4    WHEREAS, this Court ordered that related shareholder derivative cases including *Knee v.*
5    *Reyes*, *et al.*, C-05-02233, be consolidated into a single derivative action on August 19, 2005;

6    WHEREAS, on January 6, 2006, this Court granted the motion to dismiss filed by Brocade
7    Communications Systems, Inc. ("Brocade" or "the Company') and dismissed the consolidated
8    amended derivative complaint with leave to amend after a demand had been made on and responded
9    to by the Brocade Board of Directors;

10   WHEREAS, on February 22, 2008, Brocade's Board of Directors formed a Special Litigation
11   Committee (the "SLC") to act on the Company's behalf with respect to derivative actions;

12   WHEREAS, on August 1, 2008, Brocade, by and through the SLC, filed a Second Amended
13   Complaint in this action;

14   WHEREAS, Brocade sent waiver of service of summons forms to defendants Paul R.
15   Bonderson, Jr., Robert Bossi, Jack Cuthbert, Stephanie Jensen, and Mark Leslie on August 5, 2008
16   (collectively, the "added defendants"), each of whom was added as a defendant in this action by the
17   Second Amended Complaint;[1]

18   WHEREAS, by the terms of the waiver of service of summons, upon execution within the
19   prescribed time period, the added defendants have sixty (60) days from August 5, 2008 by which to
20   answer, move, or otherwise respond to the Second Amended Complaint, making their answer,
21   motion, or other response due on or before October 6, 2008.

22   WHEREAS, the original defendants acknowledge and re-affirm their previously executed
23   waivers of service of summons, and the original defendants and Brocade have agreed to put the
24   original defendants on the same time period to answer, move, or otherwise respond to the Second
25   Amended Complaint as the newly added defendants, namely, October 6, 2008.

---

[1] Counsel for Brocade sent waiver of service of summons forms on August 6, 2008 to defendant Michael J. Byrd, who likewise was added to this action by the Second Amended Complaint.

- 1 –
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMIT TO ANSWER, MOVE OR OTHERWISE
RESPOND TO THE SECOND AMENDED COMPLAINT
No. C05-02233-CRB

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

NOW THEREFORE, the parties to this stipulation agree, subject to the Court's approval, as follows:

1. Defendants Antonio Canova, Neal Dempsey, Seth D. Neiman, and Gregory Reyes shall have to and including October 6, 2008, within which to answer, move or otherwise respond to the Second Amended Complaint.

2. By entering this stipulation to establish a uniform response date, no party is waiving any argument, right or defense (including, among other things, those related to statutes of limitations issues), except as to issues related to service of summons, as to which the original defendants hereby acknowledge and re-affirm their previously executed waivers of service of summons.

Dated: August 13, 2008     Dewey & LeBoeuf LLP

By: /s/ Peter E. Root
    Peter E. Root
    Attorneys for Plaintiff and Nominal Defendant
    Brocade Communications Systems, Inc.

Dated: August 13, 2008     Heller Ehrman LLP

By: /s/ Norman J. Blears
    Norman J. Blears
    Attorneys for Defendant
    Antonio Canova

Dated: August 13, 2008     K&L Gates LLP

By: /s/ Jeffrey L. Bornstein
    Jeffrey L. Bornstein
    Attorneys for Defendant
    Neal Dempsey

DEWEY & LeBOEUF LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1  Dated: August 13, 2008                          WilmerHale LLP

                                                   By: /s/ Jonathan A. Shapiro
                                                       Jonathan A. Shapiro
                                                       Attorneys for Defendant
                                                       Seth D. Neiman

   Dated: August 13, 2008                          Skadden, Arps, Slate, Meagher & Flom LLP

                                                   By: /s/ Garrett J. Waltzer
                                                       Garrett J. Waltzer
                                                       Attorneys for Defendant
                                                       Gregory L. Reyes

**DEWEY & LeBOEUF LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

- 3 –
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMIT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT
No. C05-02233-CRB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I Peter E. Root, attest that concurrence in the filing of this document has been obtained from each of the other signatories.  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 13th day of August 2008 at East Palo Alto, California.

Dated:  August 13, 2008                                           Dewey & LeBoeuf LLP


By:  /s/ Peter E. Root
     Peter E. Root

1950 University Avenue, Suite 500
East Palo Alto, CA  94303
Tel:  (650) 845-7000
Fax:  (650) 845-7333

*Attorneys for Plaintiff*
BROCADE COMMUNICATIONS SYSTEMS, INC.

**[~~PROPOSED~~] ORDER**

Upon Stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:   August 18, 2008



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 5 –
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME LIMIT TO ANSWER, MOVE OR OTHERWISE RESPOND TO THE SECOND AMENDED COMPLAINT
No. C05-02233-CRB