United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION | No. C 05-02233 CRB<br>**ORDER** |
| This Document relates to:<br>ALL ACTIONS<br>_____/ | |

    On or before August 25, 2008, Johnson Bottini, LLP and Robbins Umeda & Fink, LLP shall submit a declaration and accompanying documentation setting forth the number of hours spent litigating this action, counsel's hourly rate, and a description of the tasks performed. In addition, counsel shall submit evidence of total costs incurred in the litigation of this case.

    **IT IS SO ORDERED.**

Dated: August 19, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\2233\Hourly Rate.wpd