DEWEY & LEBOEUF LLP
Barbara A. Caulfield (SBN 108999) (bcaulfield@dl.com)
Peter E. Root (SBN 142348) (proot@dl.com)
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Telephone:     (650) 845-7000
Facsimile:      (650) 845-7333

DEWEY & LEBOEUF LLP
1101 New York Avenue NW, Suite 1100
Washington, DC 20005
Telephone:     (202) 346-8000
Facsimile:      (202) 845-8102

DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone:     (212) 259-8000
Facsimile:      (212) 259-6333

Attorneys for Plaintiff
BROCADE COMMUNICATIONS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No.  C 05-02233 CRB<br><br>STIPULATION AND [PROPOSED] ORDER AMENDING SECOND AMENDED COMPLAINT BY DISMISSING TWO CAUSES OF ACTION AS TO DEFENDANTS NEAL DEMPSEY AND SETH D. NEIMAN |

STIPULATION AND [PROPOSED] ORDER AMENDING
SECOND AMENDED COMPLAINT BY DISMISSING TWO
CAUSES OF ACTION AGAINST DEMPSEY AND NEIMAN

US1DOCS 6807942v1

No. C 05-02233 CRB

1  WHEREAS, on August 1, 2008, Brocade Communications Systems, Inc. ("Brocade" or the "Company"), by and through the Special Litigation Committee of Brocade's Board of Directors (the "SLC"), filed a Second Amended Complaint in this action (Dkt. No. 220); and

WHEREAS the Second Amended Complaint asserts against defendants Neal Dempsey and Seth D. Neiman (and other defendants) causes of action for, *inter alia*, "Breach of the Fiduciary Duty of Loyalty – Self Dealing" (the "Sixth Cause of Action") and "Unjust Enrichment" (the "Eleventh Cause of Action"); and

WHEREAS the SLC has decided not to pursue the Sixth Cause of Action and the Eleventh Cause of Action against defendants Dempsey and Neiman; and

WHEREAS Federal Rule of Civil Procedure 15(a)(2) permits a party to amend an amended pleading "only with the opposing party's written consent or the court's leave";

NOW, THEREFORE, the parties to this Stipulation agree as follows:

Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Sixth Cause of Action and Eleventh Cause of Action shall be and are dismissed without prejudice solely as to defendants Neal Dempsey and Seth D. Neiman.

1

**STIPULATION AND [PROPOSED] ORDER AMENDING SECOND AMENDED COMPLAINT BY DISMISSING TWO CAUSES OF ACTION AGAINST DEMPSEY AND NEIMAN**

US1DOCS 6807942v1

No. C 05-02233 CRB

| | | |
|---|---|---|
| | Dated: September 26, 2008 | DEWEY & LEBOEUF LLP |
| | | /s/ Peter E. Root |
| | | Peter E. Root |
| | | Attorneys for Plaintiff Brocade Communication Systems, Inc. |
| | | |
| | | K&L GATES LLP |
| | | |
| | | /s/ Jeffrey L. Bornstein |
| | | Richard M. Phillips |
| | | Jeffrey L. Bornstein |
| | | Ramiz I. Rafeedie |
| | | Attorneys for Defendant Neal Dempsey |
| | | |
| | | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | | |
| | | /s/ Jonathan A. Shapiro |
| | | Michael A. Mugmon |
| | | Jonathan A. Shapiro |
| | | Jeffrey B. Rudman |
| | | Attorneys for Defendant Seth D. Neiman |

US1DOCS 6807942v1

2   STIPULATION AND [PROPOSED] ORDER AMENDING SECOND AMENDED COMPLAINT BY DISMISSING TWO CAUSES OF ACTION AGAINST DEMPSEY AND NEIMAN

No. C 05-02233 CRB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Peter E. Root, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of September 2008 at East Palo Alto, California.

Dated: September 26, 2008          DEWEY & LEBOEUF LLP


 /s/ Peter E. Root

Peter E. Root
1950 University Avenue, Suite 500
East Palo Alto, CA 94303
Tel.:   (650) 845-7000
Fax:    (650) 845-7333

Attorneys for Plaintiff
BROCADE COMMUNICATIONS SYSTEMS, INC.

3

**STIPULATION AND [PROPOSED] ORDER AMENDING SECOND AMENDED COMPLAINT BY DISMISSING TWO CAUSES OF ACTION AGAINST DEMPSEY AND NEIMAN**

US1DOCS 6807942v1                                  No. C 05-02233 CRB

### ~~[PROPOSED]~~ ORDER

Upon Stipulation of the Parties and good cause appearing therefor, IT IS SO ORDERED.

Dated: October 1, 2008



_____
THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

4

**STIPULATION AND [PROPOSED] ORDER AMENDING SECOND AMENDED COMPLAINT BY DISMISSING TWO CAUSES OF ACTION AGAINST DEMPSEY AND NEIMAN**

US1DOCS 6807942v1

No. C 05-02233 CRB