WILMER CUTLER PICKERING
HALE AND DORR LLP
Jeffrey B. Rudman (admitted *pro hac vice*)
Jonathan A. Shapiro (SBN 257159)
Michael A. Mugmon (SBN 251938)
1117 S. California Avenue
Palo Alto, California 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: jeffrey.rudman@wilmerhale.com
    jonathan.shapiro@wilmerhale.com
    michael.mugmon@wilmerhale.com

Attorneys for Defendant
Seth D. Neiman

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION )<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. C 05-02233 CRB<br><br>**STIPULATION EXTENDING TIME LIMIT TO ANSWER SECOND AMENDED COMPLAINT** |

*Wilmer Cutler Pickering Hale and Dorr LLP*
*1117 S. California Avenue*
*Palo Alto, California 94304*

Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, California 94304

1      WHEREAS, on December 12, 2008, the Court granted in part and denied in part Defendants'

2 motions to dismiss the Second Amended Complaint;

3      WHEREAS, the Federal Rules of Civil Procedure provide that remaining Defendants

4 Gregory L. Reyes, Antonio Canova, Seth D. Neiman, Neal Dempsey, and Robert D. Bossi must file

5 answers to the Second Amended Complaint no later than December 29, 2008;

6      WHEREAS, those Defendants have requested from Plaintiff Brocade Communications

7 Systems, Inc. additional time in which to file an answer to the Second Amended Complaint, and

8 Plaintiff Brocade Communications Systems, Inc. has agreed to such an extension of time;

9      IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned, that the

10 deadline to file an answer to the Second Amended Complaint should be continued until January 23,

11 2009.

13 DATE: December **23**, 2008

     WILMER CUTLER PICKERING HALE AND DORR LLP

     By: _Jonathan A. Shapiro by Michael Mugman with permission_
     JONATHAN A. SHAPIRO
     Attorneys for Defendant Seth D. Neiman

18 DATE: December **23**, 2008

     HOGAN & HARTSON LLP

     By: _Norman J. Blears by Michael Mugman with permission_
     NORMAN J. BLEARS
     Attorneys for Defendant Antonio Canova

23 DATE: December **23**, 2008

     K&L GATES LLP

     By: _Jeffrey L. Bornstein by Michael Mugman with permission_
     JEFFREY L. BORNSTEIN
     Attorneys for Defendant Neal Dempsey

STIPULATION EXTENDING TIME LIMIT TO ANSWER SECOND AMENDED COMPLAINT
No. C 05-02233-CRB
USIDOCS 7004285v4

<div style="writing-mode: vertical-lr">
Wilmer Cutler Pickering Hale and Dorr LLP
1117 S. California Avenue
Palo Alto, California 94304
</div>

1   DATE: December **23**, 2008

2                       SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

3                       By: *Garrett J. Waltzer*  by Michael Mugmon with permission
                             GARRETT J. WALTZER

4                            Attorneys for Defendant Gregory L. Reyes

5

6   DATE: December **23**, 2008

7                       ORRICK HERRINGTON & SUTCLIFFE LLP

8

9                       By: *Michael David Torpey*  by Michael Mugmon with permission
                             MICHAEL DAVID TORPEY

10                           Attorneys for Defendant Robert D. Bossi

11

12  DATE: December **23**, 2008

13                      DEWEY & LEBOEUF LLP

14                      By: *Peter E. Root*

15                          PETER E. ROOT
                            Attorneys for Plaintiff Brocade Communications
16                          Systems, Inc.

17

18



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

-3-