| | |
|---|---|
| 1 | DEWEY & LEBOEUF LLP |
| 2 | Barbara A. Caulfield (bcaulfield@dl.com)<br>Peter E. Root (proot@dl.com) |
| 3 | 1950 University Avenue, Suite 500<br>East Palo Alto, California 94303 |
| 4 | Telephone:  (650) 845-7000<br>Facsimile:  (650) 845-7333 |
| 5 | DEWEY & LEBOEUF LLP |
| 6 | 1101 New York Avenue, N.W., Suite 1100<br>Washington, DC 20005 |
| 7 | Telephone:  (202) 346-8000<br>Facsimile:  (202) 346-8102 |
| 8 | DEWEY & LEBOUEF LLP |
| 9 | 1301 Avenue of the Americas<br>New York, New York 10019 |
| 10 | Telephone:  (212) 259-8000<br>Facsimile:  (212) 259-6333 |
| 11 | *Attorneys for Plaintiff* |
| 12 | *Brocade Communications Systems, Inc.* |
| 13 | (Additional Counsel shown on signature page) |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No.  C 05-02233 CRB<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR ROBERT D. BOSSI TO RESPOND TO COMPLAINT<br><br>Courtroom:    8, 19th Floor<br>THE HONORABLE CHARLES R. BREYER |

STIPULATION & [PROPOSED] ORDER
EXTENDING TIME
C 05-02233 CRB

**STIPULATION**

WHEREAS, on December 12, 2008, the Court granted in part and denied in part Defendants' motions to dismiss the Second Amended Complaint;

WHEREAS, under the Federal Rules of Civil Procedure, the remaining Defendants Gregory L. Reyes, Antonio Canova, Seth D. Neiman, Neal Dempsey, and Robert D. Bossi (collectively "Defendants") had to December 29, 2008, within which to file answers to the Second Amended Complaint;

WHEREAS, pursuant to stipulation of the parties, and this Court's Order dated January 7, 2009 (Dkt. No. 378), the Defendants' time to file a responsive pleading was extended to January 23, 2009;

WHEREAS, defendant Robert D. Bossi has requested additional time in which to file an answer to the Second Amended Complaint, and Brocade has agreed to such an extension of time;

IT IS HEREBY STIPULATED by and between the undersigned as follows:

Defendant Robert D. Bossi shall have until January 30, 2009 to file an answer to the Second Amended Complaint.

Dated:  January 23, 2009           DEWEY & LEBOEUF LLP

                                    /s/ Peter E. Root
                                    Peter E. Root

                                   Attorneys For Plaintiff
                                   BROCADE COMMUNICATIONS
                                   SYSTEMS, INC.

Dated:  January 23, 2009           ORRICK, HERRINGTON & SUTCLIFFE LLP

                                    /s/ Michael David Torpey
                                    Michael David Torpey

                                   Attorneys For Defendant Robert D. Bossi

1.                                 STIPULATION & [PROPOSED] ORDER
                                   EXTENDING TIME
                                   C 05-02233 CRB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Peter E. Root, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time for Robert D. Bossi to Respond to Complaint. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of January 2009, at East Palo Alto, California.

/s/ Peter E. Root
Peter E. Root

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: Jan. 28, 2009



JUDGE CHARLES R. BREYER

2.

STIPULATION & [PROPOSED] ORDER
EXTENDING TIME
C 05-02233 CRB