1  DEWEY & LEBOEUF LLP
   Barbara A. Caulfield (bcaulfield@dl.com)
2  Peter E. Root (proot@dl.com)
   1950 University Avenue, Suite 500
3  East Palo Alto, California 94303
   Telephone:  (650) 845-7000
4  Facsimile:  (650) 845-7333

5  DEWEY & LEBOEUF LLP
   1101 New York Avenue, N.W., Suite 1100
6  Washington, DC 20005
   Telephone:  (202) 346-8000
7  Facsimile:  (202) 346-8102

8  DEWEY & LEBOUEF LLP
   1301 Avenue of the Americas
9  New York, New York 10019
   Telephone:  (212) 259-8000
10 Facsimile:  (212) 259-6333

11 *Attorneys for Plaintiff*
   *Brocade Communications Systems, Inc.*
12
   (Additional Counsel shown on signature page)
13

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| **IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION**<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No.  C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SUSPENDING DEADLINE FOR DEFENDANT ROBERT D. BOSSI TO ANSWER COMPLAINT**<br><br>Courtroom:    8, 19th Floor<br>THE HONORABLE CHARLES R. BREYER |

STIPULATION & [PROPOSED] ORDER
SUSPENDING DEADLINE
C 05-02233 CRB

## **STIPULATION**

WHEREAS, pursuant to stipulation between plaintiff Brocade Communications Systems, Inc. ("Brocade") and defendant Robert D. Bossi ("Bossi"), and this Court's Order dated January, 28, 2009 (Dkt. No. 388), Bossi's time to answer the Second Amended Complaint was extended to January 30, 2009;

WHEREAS, Brocade and Bossi have entered in to a settlement agreement dated January 26, 2009, and expect within the next week to file a joint motion for an Order approving the settlement of Brocade's claims in the above-captioned action against Bossi, and entering a contribution bar order in favor of Bossi;

WHEREAS, in view of this settlement, Brocade and Bossi respectfully request this Court to suspend Bossi's deadline to answer the Second Amended Complaint pending completion of the settlement approval process in this Court;

IT IS HEREBY STIPULATED by and between Brocade and Bossi, subject to this Court's approval, that Bossi's deadline to answer the Second Amended Complaint shall be suspended pending a determination on the forthcoming joint motion of Brocade and Bossi seeking approval of the settlement and a contribution bar order.

Dated:  January 30, 2009          DEWEY & LEBOEUF LLP

                                  /s/ Peter E. Root
                                     Peter E. Root

                                  Attorneys For Plaintiff
                                  BROCADE COMMUNICATIONS
                                  SYSTEMS, INC.

Dated:  January 30, 2009          ORRICK, HERRINGTON & SUTCLIFFE LLP

                                  /s/ Michael David Torpey
                                     Michael David Torpey

                                  Attorneys For Defendant Robert D. Bossi

1.   STIPULATION & [PROPOSED] ORDER
     SUSPENDING DEADLINE
     C 05-02233 CRB

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Peter E. Root, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Suspending Deadline for Defendant Robert D. Bossi to Answer Complaint. In compliance with General Order 45.X.B., I hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 30th day of January 2009, at East Palo Alto, California.

/s/ Peter E. Root
Peter E. Root

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: Feb. 02, 2009



JUDGE CHARLES R. BREYER

2.   STIPULATION & [PROPOSED] ORDER
SUSPENDING DEADLINE
C 05-02233 CRB