RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant
GREGORY L. REYES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC., DERIVATIVE LITIGATION<br><br>This Document Relates To ALL ACTIONS | CASE NO.: C 05-02233 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR GREGORY L. REYES TO FILE THIRD-PARTY COMPLAINT WITHOUT OBTAINING LEAVE BY MOTION** |

## STIPULATION

WHEREAS, on January 23, 2009, defendant Gregory L. Reyes ("Reyes") filed and served his original answer in this action;

WHEREAS, pursuant to Rule 14(a)(1) of the Federal Rules of Civil Procedure, Reyes may, without obtaining leave of court by motion, file a third-party complaint against a non-party within 10 days after serving his original answer, or by February 2, 2009;

WHEREAS the parties have been working towards an agreement to resolve this action through binding arbitration in lieu of trial in the District Court and require additional time to finalize the terms of such agreement;

1  WHEREAS Reyes seeks to preserve his right to file a third-party complaint without
2  obtaining leave by motion in the event the parties proceed to trial in the District Court, and avoid
3  unnecessary filing in the District Court in the event the parties proceed in arbitration;
4  WHEREAS Reyes has requested an extension of time in which to file a third-party
5  complaint without obtaining leave of court by motion and Brocade has agreed to such an extension
6  of time;
7  IT IS HEREBY STIPULATED by and between the undersigned as follows:
8  Defendant Gregory L. Reyes shall have until February 16, 2009 to file a third-party
9  complaint without obtaining leave of court by motion.

DATED: February 2, 2009        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
                                By:    /s/Richard Marmaro
                                       Richard Marmaro
                                       Attorneys for Defendant Gregory L. Reyes

DATED: February 2, 2009        DEWEY & LEBOEUF LLP
                                By:    /s/Peter E. Root
                                       Peter E. Root
                                       Attorneys for Plaintiff Brocade Communications
                                       Systems, Inc

DATED: February 2, 2009        WILMER CUTLER PICKERING HALE & DORR
                                By:    /s/Jonathan A. Shapiro
                                       Jonathan A. Shapiro
                                       Attorneys for Defendant Seth D. Neiman

DATED: February 21, 2009       K&L GATES LLP
                                By:    /s/Jeffrey L. Bornstein
                                       Jeffrey L Bornstein
                                       Attorneys for Defendant Neal Dempsey

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: Feb. 03, 2009

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Jack P. DiCanio

By: /s/ Richard Marmaro
    RICHARD MARMARO
    Attorneys for Defendant
    GREGORY L. REYES

1  I, Richard Marmaro, am the ECF User whose identification and password are being used to
2  file this Stipulation and [Proposed] Order Extending Time for Gregory L. Reyes to File Third-Party
3  Complaint Without Obtaining Leave By Motion. In compliance with General Order 45.X.B., I
4  hereby attest that the signatories have concurred in this filing.

6  DATED: February 2, 2008            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8                                       /s/ Richard Marmaro
                                        Richard Marmaro