```
                                              Pages 1 - 5

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

        BEFORE THE HONORABLE CHARLES R. BREYER

IN RE BROCADE COMMUNICATIONS        )
SYSTEMS, INC. DERIVATIVE            ) Case No. C 05-2233
LITIGATION                          )
_____) San Francisco, California
                                      March 13, 2009



                 TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff           DEWEY & LEBOEUF LLP
Brocade:                1950 University Avenue, Suite 500
                        East Palo Alto, California  94303-2225
                   BY:  PETER ROOT, ESQUIRE


For Defendant           ORRICK, HERRINGTON & SUTCLIFFE
Robert D. Bossi:        The Orrick Building
                        405 Howard Street
                        San Francisco, California  94105
                   BY:  WALTER F. BROWN, JR., ESQUIRE

                        RAMSEY EHRLICH
                        803 Hearst Avenue
                        Berkeley, California  94710
                   BY:  MILES EHRLICH, ESQUIRE

For Defendant           HOGAN & HARTSON LLP
Antonio Canova:         525 University Avenue, 2nd Floor
                        Palo Alto, CA 94301
                   BY:  NORMAN J. BLEARS, ESQUIRE


Reported By:     Katherine Powell Sullivan, CSR #5812
                 Official Reporter - U.S. District Court
```

```
 1                    P R O C E E D I N G S
 2    MARCH 13, 2009                                      10:04 A.M
 3
 4           THE CLERK:  Calling case C 05-2233, In re Brocade
 5    Communications Systems.
 6           Appearances, counsel.
 7           MR. ROOT:  Good morning, Your Honor.  Peter Root from
 8    Dewey & LeBoeuf, on behalf Plaintiff Brocade Communications
 9    Systems, Inc.
10           MR. BROWN:  Good morning, Your Honor.  Walt Brown on
11    behalf of Mr. Bossi.
12           MR. EHRLICH:  Good morning, Your Honor.  Miles
13    Ehrlich also on behalf of Mr. Bossi.
14           THE COURT:  Good morning.
15           MR. BLEARS:  Good morning, Your Honor.  Norman
16    Blears, Hogan & Hartson, on behalf of Mr. Canova.
17           THE COURT:  So this matter is on for a motion to
18    approve the settlement and entry of a bar order.  The Court has
19    not received any objections.  Though, technically, I'm not
20    quite sure it would.  But, nevertheless, it seems satisfactory.
21           I did want to ask one question, which is,
22    Mr. Canova -- part of the settlement is that Mr. Canova agrees
23    to, quote, use his best efforts to convince the SEC to remit to
24    Brocade about $250,000.
25           MR. BLEARS:  Yes, Your Honor.
```

```
 1            MR. ROOT:  And the --
 2            THE COURT:  Well --
 3            MR. ROOT:  -- staff has approved it, as well.
 4            MR. BLEARS:  The staff was --
 5            THE COURT:  Well, the SEC is giving back 250,000?
 6            MR. ROOT:  Remitting it to Brocade.
 7            THE COURT:  It is?
 8            MR. BLEARS:  As a fair funds distribution back to the
 9   corporation; therefore, indirectly to the shareholders.
10            THE COURT:  Amazing.  I mean, I was all set to
11   question whether that was real consideration.
12            MR. BLEARS:  It has been approved by the staff.  It
13   has not been before the Commission yet.  But we expect that to
14   happen in the next 30 days.
15            THE COURT:  Well, that's terrific.  I guess they
16   don't need the money.
17            MR. EHRLICH:  Stimulus package.
18            (Laughter)
19            MR. BROWN:  Just ask for some more.
20            THE COURT:  Well, congratulations.  I think that
21   that's entirely -- it's amazing.  For me, I'm speechless.  And
22   that's even more amazing.  But, there we are.
23            Okay.  I approve the settlement.  I find that there's
24   a complete bar for purposes of contribution or offset or setoff
25   or whatever the other terms are.  And I'll sign an order to
```

```
 1  that effect.
 2              Did you prepare an order, or is that part of the --
 3              MR. ROOT:  Your Honor, I submitted one for each of
 4  Mr. Bossi and Mr. Canova, with the papers.
 5              THE COURT:  Yes, I have it right here.  I have it.
 6  Six.  Okay.
 7              Well, I'll E-file it today in its form.
 8              And thank you very much for coming.  I know that was
 9  somewhat of an inconvenience, but I really was so curious about
10  the -- about your abilities to convince the SEC to disgorge.  I
11  thought, That's just remarkable.  Well, they're not unfamiliar
12  with that term.  But probably from that point of view they are,
13  in that respect.
14              Anyway, thank you very much.
15              Now, I think that ends, does it not, much to the
16  relief of all the litigants, my participation in the Brocade
17  litigation, save and except for I think I retain jurisdiction
18  if there are enforcement issues as they relate to -- as they
19  relate to the arbitration.  Is that right?
20              MR. ROOT:  That is correct, Your Honor.  You're
21  absolutely right that this now ends, sort of, your
22  participation, actively anyway, because we had the five
23  defendants who were dismissed from the complaint.  Two settling
24  defendants, and the remaining three are now in arbitration.
25              And you're right, Your Honor, you have retained
```

```
 1  jurisdiction pending the completion of that arbitration.
 2          THE COURT:  And I don't have to do any of the
 3  discovery, right, of that arbitration?
 4          MR. ROOT:  That is correct, Your Honor.
 5          THE COURT:  I wash my hands of that.  And when is the
 6  arbitration scheduled?
 7          MR. ROOT:  It is scheduled to begin June 22, at this
 8  point.
 9          THE COURT:  June 22.
10          MR. ROOT:  Yeah.
11          THE COURT:  Who are the arbitrators?
12          MR. ROOT:  Chief Justice -- former Chief Justice
13  Veasey of the Delaware Supreme Court.  Judge Thompson, a former
14  U.S. District judge in Oklahoma.  And Judge Charles Renfrew is
15  the chair.
16          THE COURT:  A judge in this court and deputy attorney
17  general.
18          MR. ROOT:  Right.
19          THE COURT:  Well, thank you so much.
20          (Counsel simultaneously thank the Court.)
21          (Proceedings were adjourned.)
22
23                          -  -  -  -
24
25
```

1

2 **CERTIFICATE OF REPORTER**

3    I certify that the foregoing is a correct transcript

4 from the record of proceedings in the above-entitled matter.

5

6 DATE:   Monday, April 27, 2009

7

              s/b Katherine Powell Sullivan
8     _____

9     Katherine Powell Sullivan, CSR #5812, RPR, CRR
                     U.S. Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25