1   DEWEY & LEBOEUF LLP
Barbara A. Caulfield (bcaulfield@dl.com) SBN 108999
2   Peter E. Root (proot@dl.com) SBN 142348
1950 University Avenue, Suite 500
3   East Palo Alto, California  94303
Telephone:  (650) 845-7000
4   Facsimile:  (650) 845-7333

5   DEWEY & LEBOEUF LLP
1101 New York Avenue, N.W., Suite 1100
6   Washington, DC 20005
Telephone:  (202) 346-8000
7   Facsimile:  (202) 346-8102

8   DEWEY & LEBOEUF LLP
1301 Avenue of the Americas
9   New York, New York 10019
Telephone:  (212) 259-8000
10   Facsimile:  (212) 259-6333

11   *Attorneys for Plaintiff*
*Brocade Communications Systems, Inc.*

12

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17   IN RE BROCADE COMMUNICATIONS          Case No.  C 05-02233 CRB
SYSTEMS, INC. DERIVATIVE
18   LITIGATION                            **STIPULATION AND [PROPOSED]
ORDER AND ENTRY OF FINAL
19   This Document Relates to:             JUDGMENT UNDER FED. R. CIV.
P. 54(b) RE: DISMISSAL OF
20        ALL ACTIONS                      REMAINING CLAIMS AGAINST
DEFENDANTS NEAL DEMPSEY
21                                         AND SETH D. NEIMAN AND THEIR
RESPECTIVE COUNTERCLAIMS
22                                         PURSUANT TO SETTLEMENTS**

23

24

25

26

27

28                                  STIPULATION AND PROPOSED ORDER RE: DISMISSAL
OF CLAIMS AS TO DEMPSEY AND NEIMAN
CASE NO.:  C-05-02233 CRB

1

2

3        This Stipulation is made by and between plaintiff Brocade Communications Systems, Inc.

4  ("Brocade"), through the Special Litigation Committee of its Board of Directors (the "SLC"), and

5  defendants Neal Dempsey ("Dempsey") and Seth D. Neiman ("Neiman").

6                                          **RECITALS**

7        WHEREAS, beginning in June 2005, certain shareholder derivative actions were commenced

8  in the United States District Court for the Northern District of California asserting a variety of claims

9  arising from Brocade's historical equity options compensation practices and related matters, which

10  actions were assigned to this Court and consolidated as *In re Brocade Communications Systems, Inc.*

11  *Derivative Litigation*, No. 05-cv-2233-CRB (the "Consolidated Federal Derivative Action");

12        WHEREAS the SLC, acting on behalf of Brocade, filed a Second Amended Complaint in the

13  Consolidated Federal Derivative Action on August 1, 2008, asserting claims on behalf of Brocade

14  against ten defendants, including Dempsey and Neiman;

15        WHEREAS, on October 6, 2008, Dempsey and Neiman and the other eight defendants each

16  filed a motion to dismiss the Second Amended Complaint;

17        WHEREAS, on December 12, 2008, this Court issued an Order, supplemented by an opinion

18  issued January 6, 2009, in which the Court dismissed all claims against Dempsey and Neiman with

19  the exception of the Fifth, Seventh, and Eighth, and Causes of Action alleging various breaches of

20  fiduciary duty;

21        WHEREAS, on January 23, 2009, Dempsey filed an answer to the Second Amended

22  Complaint and asserted Counterclaims against Brocade for breach of contract (Count I), negligent

23  misrepresentation (Count II), declaratory judgment (Counts III and IV), and specific performance

24  (Counts V and VI);

25        WHEREAS, on January 23, 2009, Neiman filed an answer to the Second Amended

26  Complaint and asserted Counterclaims against Brocade for breach of contract (Count I), negligent

27
                                          - 1 -
28

1   misrepresentation (Count II), declaratory judgment (Count III), and specific performance (Count

2   IV);

3         WHEREAS Brocade and Dempsey entered into a settlement agreement on May 14, 2009 (the

4   "Dempsey Settlement Agreement"), and Brocade and Neiman entered into a settlement agreement

5   on May 18, 2009 (the "Neiman Settlement Agreement") (collectively, the "Settlement

6   Agreements");

7         WHEREAS, on June 25, 2009, Brocade submitted a copy of the Settlement Agreements to

8   this Court, and filed a motion for approval of these settlements and entry of a Complete Bar Order

9   barring contribution claims as to each of Dempsey and Neiman;

10        WHEREAS, on July 17, 2009, this Court entered an Order Approving Settlement And Entry

11  Of Complete Bar Order as to each of Dempsey and Neiman (the "Complete Bar Orders");

12        WHEREAS the Complete Bar Orders provide that, upon entry of the Complete Bar Orders,

13  Brocade, Dempsey and Neiman will file a stipulation and proposed order for dismissal with

14  prejudice of Brocade's remaining claims against Dempsey and Neiman, and Dempsey's and

15  Neiman's respective Counterclaims against Brocade, in the Consolidated Federal Derivative Action;

16        WHEREAS the Settlement Agreements provide that parties thereto will request the Court to

17  retain continuing and exclusive jurisdiction to enforce the Complete Bar Orders and the terms of the

18  Settlement Agreements;

19        WHEREAS Brocade, Dempsey, and Neiman request that the Court enter Final Judgment in

20  accordance with the Settlement Agreements, the Complete Bar Orders and this [Proposed] Order

21  pursuant to Federal Rule of Civil Procedure 54(b);

22        WHEREAS Brocade, Dempsey, and Neiman request that the Court retain exclusive

23  jurisdiction to construe or enforce the terms of the Settlement Agreements, the Complete Bar Orders,

24  and this [Proposed] Order and Final Judgment under the authority of *Kokkonen v. Guardian Life*

25  *Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

26        NOW, THEREFORE, Brocade, Dempsey, and Neiman, through their respective undersigned

27
                                  - 2 -
28                    STIPULATION AND PROPOSED ORDER RE: DISMISSAL
                          OF CLAIMS AS TO DEMPSEY AND NEIMAN
                                  CASE NO.:  C-05-02233 CRB

1    counsel, hereby stipulate, and the Court now orders, as follows:

2        1.      All remaining claims against Dempsey and Neiman in the Consolidated Federal

3    Derivative Action, *i.e*., the Fifth, Seventh, and Eighth Causes of Action of the Second Amended

4    Complaint, shall be and hereby are dismissed with prejudice.

5        2.      All Counterclaims against Brocade asserted by Dempsey (*i.e*., Counts I, II, III, IV, V,

6    and VI) and all Counterclaims against Brocade asserted by Neiman (*i.e*., Counts I, II, III, and IV)

7    shall be and hereby are dismissed with prejudice.

8        3.      Brocade and Dempsey shall comply with the terms of the Dempsey Settlement

9    Agreement, and Brocade and Neiman shall comply with the terms of the Neiman Settlement

10   Agreement.

11       4.      The Court shall retain exclusive jurisdiction for purposes of construing or enforcing

12   the terms of the Settlement Agreements, the Complete Bar Orders, and this [Proposed] Order.

13       5.      There being no just reason for delay, the Court hereby orders the Clerk to enter Final

14   Judgment under Fed. R. Civ. P. 54(b) as to Dempsey and Neiman in accordance with the Settlement

15   Agreements, the Complete Bar Order, and this [Proposed] Order.

16

17

18   Dated:  October 28, 2009                    DEWEY & LEBOEUF LLP

19

20                                               By: /s/ Peter E. Root
                                                        Peter E. Root
21
                                                 Attorneys For Plaintiff
22                                               Brocade Communications Systems, Inc.

23
                                                 K&L GATES LLP
24   Dated:  October 28, 2009

25

26                                               By: /s/ Jeffrey L. Bornstein
                                                        Jeffrey L. Bornstein
27
                                                 - 3 -
28                                               STIPULATION AND PROPOSED ORDER RE: DISMISSAL
                                                 OF CLAIMS AS TO DEMPSEY AND NEIMAN
                                                 CASE NO.:  C-05-02233 CRB

1

2   Dated:  October 28, 2009                    Attorneys For Defendant Neal Dempsey

3                                              WILMER CUTLER PICKERING HALE &
                                               DORR LLP
4

5                                              By:  /s/ Jonathan A. Shapiro
                                                       Jonathan A. Shapiro
6                                              Attorneys For Defendant Seth D. Neiman

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                       - 4 -

1

2

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

3

      I, Peter E. Root, am the ECF User whose ID and password are being used to file this

4

Stipulation and [Proposed] Order and Entry of Final Judgment Under Fed. R. Civ. P. 54(b) Re:

5

Dismissal of Remaining Claims Against Defendants Neal Dempsey and Seth D. Neiman And Their

6

Counterclaims Pursuant to Settlements.  In compliance with General Order 45.X.B, I hereby attest

7

that concurrence in the filing of this document has been obtained from each of the other signatories.

8

I declare under penalty of perjury under the laws of the United States of America that the foregoing

9

is true and correct.  Executed this 28th day of October 2009, at East Palo Alto, California.

10

11

                                         /s/ Peter E. Root
                                 Peter E. Root

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND PROPOSED ORDER RE: DISMISSAL

28

OF CLAIMS AS TO DEMPSEY AND NEIMAN
CASE NO.:  C-05-02233 CRB

1

2

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

5   Dated:  Oct. 29, 2009

6

7

8

9

10



IT IS SO ORDERED

Judge Charles R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 6 -
STIPULATION AND PROPOSED ORDER RE: DISMISSAL
OF CLAIMS AS TO DEMPSEY AND NEIMAN
CASE NO.:  C-05-02233 CRB