DEWEY & LEBOEUF LLP
Barbara A. Caulfield (bcaulfield@dl.com) SBN 108999
Peter E. Root (proot@dl.com) SBN 142348
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:  (650) 845-7000
Facsimile:  (650) 845-7333

*Attorneys for Plaintiff*
*Brocade Communications Systems, Inc*.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BROCADE COMMUNICATIONS SYSTEMS, INC. DERIVATIVE LITIGATION<br><br>**This Document Relates to:**<br><br>**ALL ACTIONS** | Case No.  C 05-02233 CRB<br><br>**REPLY MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL LIFTING OF STAY AND FOR APPROVAL OF SETTLEMENT AND ENTRY OF COMPLETE BAR ORDER AS TO DEFENDANT GREGORY L. REYES**<br><br>Date:      December 4, 2009<br>Time:     10:00 a.m.<br>Judge:    Honorable Charles R. Breyer<br>Dept:     8, 19th Floor |

Plaintiff Brocade Communications Systems, Inc. ("Brocade"), by and through the Special Litigation Committee of its Board of Directors, respectfully requests that the Court grant Brocade's unopposed motion and enter the proposed orders referenced below.

On October 9, 2009, Brocade filed a motion for a partial lifting of the stay of proceedings, and for approval of the settlement between Brocade and defendant Gregory L. Reyes and entry of a contribution bar order in connection with this settlement.

No opposition has been filed. Accordingly, Brocade respectfully asks this Court to enter the proposed Order Lifting Stay for Limited Purposes of Approving Settlement and Entering Bar Order as to Defendants Gregory L. Reyes (Docket No. 458) and the proposed Order Approving Settlement and Entry of Complete Bar Order as to Defendant Gregory L. Reyes (Docket no. 459).

Dated: November 17, 2009                DEWEY & LEBOEUF LLP

By:      /s/  Peter E. Root
Barbara A. Caulfield (SBN 108999)
E-mail: bcaulfield@dl.com
Peter E. Root (SBN 142348)
E-mail: proot@dl.com
1950 University Avenue, Suite 500
East Palo Alto, California 94303
Telephone:    (650) 845-7000
Facsimile:    (650) 845-7333

Attorneys for Plaintiff
BROCADE COMMUNICATIONS SYSTEMS, INC.