```
                                              Pages 1 - 4

              UNITED STATES DISTRICT COURT

           NORTHERN DISTRICT OF CALIFORNIA

         BEFORE THE HONORABLE CHARLES R. BREYER

IN RE BROCADE COMMUNICATIONS,    )
SYSTEMS, INC. DERIVATIVE         )  Case No. C 05-2233
LITIGATION                       )
_____)  San Francisco, California
                                    December 4, 2009


               TRANSCRIPT OF PROCEEDINGS

APPEARANCES:

For Plaintiff         DEWEY & LEBOEUF LLP
Brocade:              1950 University Avenue, Suite 500
                      East Palo Alto, California  94303-2225
               BY:    PETER ROOT, ESQUIRE

For Gregory Reyes:    MORGAN, LEWIS & BOCKIUS LLP
                      One Market, Spear Street Tower
                      San Francisco, California  94105
               BY:    JOHN H. HEMANN, ESQUIRE
```

**Reported By:**   *Katherine Powell Sullivan, CSR #5812*
                   *Official Reporter - U.S. District Court*

|    |                                                                      |
|----|----------------------------------------------------------------------|
| 1  | **P R O C E E D I N G S**                                            |
| 2  | **DECEMBER 4, 2009**                                     10:18 A.M. |
| 3  |                                                                      |
| 4  | **THE CLERK:** Calling case C 05-2233, In Re Brocade                 |
| 5  | Communication Systems.                                               |
| 6  | Appearances, Counsel.                                                |
| 7  | **MR. ROOT:** Good morning, Your Honor.                              |
| 8  | Peter Root, from Dewey & Leboeuf, on behalf of                       |
| 9  | Brocade, acting through the Special Litigation Committee.            |
| 10 | **MR. HEMANN:** Good morning.                                        |
| 11 | John Hemann for Mr. Reyes.                                           |
| 12 | **THE COURT:** Where were you sitting?                               |
| 13 | **MR. HEMANN:** In the back row, sort of closer to the               |
| 14 | door today. Closer to the door.                                      |
| 15 | I was sad the other day. I felt left out.                            |
| 16 | **THE COURT:** I found you out.                                      |
| 17 | **MR. HEMANN:** You did. You spotted me back there.                  |
| 18 | **THE COURT:** You sat back there with the hope --                   |
| 19 | **MR. HEMANN:** That I would not be found out.                       |
| 20 | **THE COURT:** Exactly.                                              |
| 21 | **MR. HEMANN:** Yes, indeed.                                         |
| 22 | **THE COURT:** Exactly.                                              |
| 23 | **MR. HEMANN:** That's why they put you high up on the               |
| 24 | bench.                                                               |
| 25 | **THE COURT:** So I can see who is trying to hide.                   |

1        **MR. HEMANN:**  That's right.

2        **THE COURT:**  Judge Weiverly used to do that.

3        **MR. HEMANN:**  Yes.

4        **THE COURT:**  Judge Weiverly used to come in -- this is his court.  Judge Weiverly would come in, and if he saw anybody in the courtroom that he didn't know why they were there, he would send Max Thompson, his courtroom deputy, out to find out why they were there.

9        But I knew why you were there.

10       **MR. HEMANN:**  Yes.

11       **THE COURT:**  Right.  Great.  So, welcome.

12       **MR. HEMANN:**  Thank you, Your Honor.

13       **MR. ROOT:**  Thank you.

14       **THE COURT:**  This is a settlement, right?

15       **MR. ROOT:**  That's right, Your Honor.

16       **THE COURT:**  And it's a settlement we are not sure you have to even ask my consent or approval.

18       **MR. ROOT:**  That's correct, Your Honor.

19       **MR. HEMANN:**  Correct, Your Honor.

20       **THE COURT:**  Okay.  So I grant my consent and approval, even though maybe I don't have to.

22       **MR. HEMANN:**  Thank you, Your Honor.

23       **MR. ROOT:**  Thank you very much.

24       **THE COURT:**  Thank you.

25       So that ends that, right?

```
 1              MR. ROOT:  It ends that and the case, yes.
 2              MR. HEMANN:  The derivative case, the In Re Brocade
 3   case is now over.
 4              THE COURT:  Yes.
 5              MR. ROOT:  We'll do a dismissal following your
 6   approval of the settlement --
 7              (Simultaneous colloquy.)
 8              THE COURT:  I approve the settlement, yes.
 9              MR. ROOT:  We'll file, in the next few days, a
10   stipulation of dismissal.
11              THE COURT:  Great.
12              MR. HEMANN:  Check one box, Your Honor.
13              THE COURT:  One box accepted.
14              MR. HEMANN:  Thank you.
15              MR. ROOT:  Thank you, Your Honor.
16              THE COURT:  No one is here to oppose it?
17              MR. ROOT:  There was no opposition.
18              MR. HEMANN:  Thank you, Your Honor.  Nice to see you.
19              THE COURT:  I expect to see you even closer in the
20   coming months.
21              MR. HEMANN:  I always enjoy being here, rather than
22   the back row, Your Honor.  Thank you.
23              (At 10:21 a.m. the proceedings were adjourned.)
24                             -  -  -  -
25
```

*Katherine Powell Sullivan, CSR, RPR,CRR*
*Official Reporter - U.S. District Court*
*(415) 794-6659*

**CERTIFICATE OF REPORTER**

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

DATE: Saturday, December 12, 2009

s/b Katherine Powell Sullivan
_____

Katherine Powell Sullivan, CSR #5812, RPR, CRR
U.S. Court Reporter