1  DEWEY & LEBOEUF LLP
   Barbara A. Caulfield (bcaulfield@dl.com) SBN 108999
2  Peter E. Root (proot@dl.com) SBN 142348
   1950 University Avenue, Suite 500
3  East Palo Alto, California 94303
   Telephone: (650) 845-7000
4  Facsimile: (650) 845-7333

5  DEWEY & LEBOEUF LLP
   1101 New York Avenue, N.W., Suite 1100
6  Washington, DC 20005
   Telephone: (202) 346-8000
7  Facsimile: (202) 346-8102

8  DEWEY & LEBOEUF LLP
   1301 Avenue of the Americas
9  New York, New York 10019
   Telephone: (212) 259-8000
10 Facsimile: (212) 259-6333

11 *Attorneys for Plaintiff*
   *Brocade Communications Systems, Inc.*

12

13              UNITED STATES DISTRICT COURT

14           NORTHERN DISTRICT OF CALIFORNIA

15              SAN FRANCISCO DIVISION

16

17 IN RE BROCADE COMMUNICATIONS          Case No. C-05-02233 CRB
   SYSTEMS, INC. DERIVATIVE
   LITIGATION                            **STIPULATION AND [PROPOSED]**
18                                       **ORDER RE: DISMISSAL OF**
   This Document Relates to:             **REMAINING CLAIMS AGAINST**
19                                       **DEFENDANT GREGORY L. REYES**
        ALL ACTIONS                      **PURSUANT TO SETTLEMENT**
20

21

22

23

24

25

26

27

28
                                    STIPULATION AND PROPOSED ORDER RE:
                            DISMISSAL OF REMAINING CLAIMS AGAINST REYES
                                        CASE NO.: C-05-02233 CRB

1      This Stipulation is made by and between plaintiff Brocade Communications Systems, Inc.

2  ("Brocade"), through the Special Litigation Committee of its Board of Directors (the "SLC"), and

3  defendant Gregory L. Reyes ("Reyes").

4  <u>**RECITALS**</u>

5      WHEREAS, beginning in June 2005, certain shareholder derivative actions were commenced

6  in the United States District Court for the Northern District of California asserting a variety of claims

7  arising from Brocade's historical equity options compensation practices and related matters, which

8  actions were assigned to this Court and consolidated as *In re Brocade Communications Systems, Inc.*

9  *Derivative Litigation*, No. 05-cv-2233-CRB (the "Consolidated Federal Derivative Action");

10      WHEREAS, the SLC, acting on behalf of Brocade, filed a Second Amended Complaint in

11  the Consolidated Federal Derivative Action on August 1, 2008, asserting claims on behalf of

12  Brocade against ten defendants, including Reyes;

13      WHEREAS, on October 6, 2008, Reyes and the other nine defendants each filed a motion to

14  dismiss the Second Amended Complaint;

15      WHEREAS, on December 12, 2008, this Court issued an Order, supplemented by an opinion

16  issued January 6, 2009, in which the Court dismissed all claims against Reyes with the exception of

17  the Fifth, Sixth, Seventh, Eighth, and Eleventh Causes of Action alleging various breaches of

18  fiduciary duty and unjust enrichment;

19      WHEREAS, Brocade and Reyes entered into a settlement agreement on August 14, 2009 (the

20  "Settlement Agreement");

21      WHEREAS, on October 9, 2009, Brocade submitted a copy of the Settlement Agreement to

22  this Court, and filed a motion for approval of the settlement and entry of a Complete Bar Order

23  barring contribution claims;

24      WHEREAS, on December 21, 2009, this Court entered an Order Approving Settlement And

25  Entry Of Complete Bar Order As To Defendant Gregory L. Reyes;

26      WHEREAS, Reyes has made full payment of the settlement consideration that he agreed to

27  pay in the Settlement Agreement;

28

- 1 -

WHEREAS, the Settlement Agreement provides that Brocade shall move the Court for an order dismissing with prejudice the remaining claims against Reyes in the Consolidated Federal Derivative Action;

WHEREAS, the Settlement Agreement further provides that Brocade and Reyes will request the Court to retain continuing and exclusive jurisdiction to enforce the terms of the Complete Bar Order and the Settlement Agreement;

WHEREAS, Brocade and Reyes request the Court to retain jurisdiction to enforce the terms of their Settlement Agreement and the Complete Bar Order under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994).

NOW, THEREFORE, Brocade and Reyes, through their respective undersigned counsel, hereby stipulate, subject to the Court's approval, as follows:

1.      All remaining claims against Reyes in the Consolidated Federal Derivative Action, *i.e.*, the Fifth, Sixth, Seventh, Eighth, and Eleventh Causes of Action of the Second Amended Complaint, shall be and hereby are dismissed with prejudice.

2.      Brocade and Reyes shall comply with the terms of their Settlement Agreement.

3.      By consent of Brocade and Reyes, the Court shall retain jurisdiction for purposes of enforcing the terms of the Settlement Agreement and the Complete Bar Order.


Dated:  February 1, 2010                              DEWEY & LEBOEUF LLP


                                                      By: /s/ Peter E. Root
                                                              Peter E. Root

                                                      Attorneys For Plaintiff
                                                      Brocade Communications Systems, Inc.


Dated:  February 1, 2010                              MORGAN, LEWIS & BOCKIUS LLP

                                                      By:  /s/ John H. Hemann
                                                              John H. Hemann

                                                      Attorneys For Defendant Gregory L. Reyes

- 2 -

1

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

2          I, Peter E. Root, am the ECF User whose ID and password are being used to file this

3  Stipulation and [Proposed] Order Re: Dismissal of Remaining Claims Against Defendant Gregory L.

4  Reyes Pursuant to Settlement.  In compliance with General Order 45.X.B, I hereby attest that

5  concurrence in the filing of this document has been obtained from each of the other signatories.  I

6  declare under penalty of perjury under the laws of the United States of America that the foregoing is

7  true and correct.  Executed this 1st day of February 2010, at East Palo Alto, California.

8

9                              /s/ Peter E. Root
                                  Peter E. Root

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER RE:
DISMISSAL OF REMAINING CLAIMS AGAINST REYES
CASE NO.:  C-05-02233 CRB

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  February 2, 2010                                                    _____



Charles R. Breyer
United States District Judge

STIPULATION AND PROPOSED ORDER RE:
DISMISSAL OF REMAINING CLAIMS AGAINST REYES
CASE NO.:  C-05-02233 CRB